# EXHIBIT D

Case 1:25-cv-04218 Document 1-4 Filed 12/04/25 Page 1 of 4

DELIBERATIVE/PRE-DECISIONAL DRAFT // VERSION 8

NAME: _____   DATE: _____

<u>Acknowledgements</u>

Please read and initial each of the below:

\_\_\_\_ I understand that PFACs are extended as a courtesy to media members who work full-time in the Pentagon or who meet the minimum monthly visit frequency. PFACs may be revoked or not renewed for individuals who do not meet the frequency requirement.

\_\_\_\_ I understand that securing my PFAC is my responsibility. I understand that I must immediately report a lost PFAC.

\_\_\_\_ I understand that I must wear my PFAC and APIB above my waist at all times.

\_\_\_\_ I understand that I and my belongings are subject to inspection when on the Pentagon reservation.

\_\_\_\_ I understand that I am responsible for the physical security of my work area, including ensuring that doors are locked and properly secured, where applicable.

\_\_\_\_ I understand that as a non-government employee, while a PFAC is my authorized means of entering the Pentagon, a PFAC does not allow me unfettered access to all of the Pentagon. I have been briefed on the physical control measures for news media access and understand which areas require escort even though I have a PFAC. I acknowledge that I must obtain an escort for the required escort areas and must remain with my escort at all times in those areas.

\_\_\_\_ I understand that a property pass is required to remove property from the building that is not readily identifiable as personal. Property passes may be obtained from Pentagon Press Operations, room 2D961, during normal working hours.

\_\_\_\_ I understand that any type of visual or audio recording on the Pentagon Reservation, including the use of a cell phone camera, is prohibited, unless approved in advance, in accordance with 32 CFR § 234.15.

\_\_\_\_ I acknowledge receipt and briefing of the "Pentagon Reservation In-brief for Media Members," with Appendices A-E, including Appendix A, which includes the standard and procedures for denying, revoking, or not renewing a PFAC.

\_\_\_\_ I acknowledge that a PFAC may be denied, revoked, or not renewed if a person is reasonably determined to pose a security or safety risk to DoW personnel or property, in accordance with the standards and procedures outlined in Appendix A.

DELIBERATIVE/PRE-DECISIONAL DRAFT // VERSION 8

_____ I understand that such an initial determination may result in an immediate suspension of my Pentagon access while the procedures preceding a final determination are pending.

_____ I acknowledge that this is an acknowledgment of DoW policy and the potential bases for such a discretionary determination only, and does not impose any obligations on me as a PFAC holder to refrain from constitutionally protected journalistic activities, such as investigating, reporting, or publishing stories.

_____ I acknowledge that such a determination may be based on factors including, but not limited to, improper attempts at unauthorized access, or unauthorized disclosure of CNSI or CUI, but that any such determination is discretionary ("may," not "shall"), based on a reasonable assessment informed by the unique facts and circumstances of each case, and incorporating due process (e.g., written notice of the basis, a 30-day appeal period, an opportunity for personal appearance, and a final, reviewable determination). For clarity, I acknowledge that the receipt of unsolicited CNSI or CUI and its subsequent publication is generally protected by the First Amendment and would not, on its own, normally trigger denial, revocation, or non-renewal of a PFAC. However, if I solicit the gathering and providing of such information for use in my work or am otherwise aware of and encourage actions that violate DoW disclosure rules, such conduct may weigh in the consideration of whether I pose a security or safety risk. Solicitation may include direct communications with specific DoW personnel or general appeals, such as public advertisements or calls for tips encouraging DoW employees to share CNSI or CUI. For example an advertisement or post that states that a reporter or outlet "wants to hear from Defense Department and national security officials about changes within the Pentagon and throughout the U.S. military and intelligence community. You can contact our reporters by email or Signal encrypted message…" would constitute a solicitation that could lead to revocation. Additionally, in rare, extreme cases where publication recklessly endangers American lives, it could factor into an assessment of whether I pose a security risk. All determinations will be narrowly tailored to safeguard sensitive information without unduly restricting speech, and are informed by factors such as convictions for national defense offenses, threats, or unsafe activities (as listed in Appendix A). Moreover, determinations will take into account whether such conduct is willful or repeated, as opposed to isolated and unintentional.

_____ I acknowledge that nothing in this document requires me to waive or give up any constitutional rights, that this form constitutes an acknowledgment of DoW policies rather than an agreement to them, and that access to the Pentagon is a privilege, not a right, which may be revoked by the Department of War. ~~I understand that such an initial determination may result in an immediate suspension of my Pentagon access while the procedures preceding a final determination are pending. I acknowledge that such a determination may be based on the unauthorized access, attempted unauthorized access, or unauthorized disclosure of CNSI or CUI.~~

DELIBERATIVE/PRE-DECISIONAL DRAFT // VERSION 8

> <span style="color:red">____ I acknowledge that nothing in this form constitutes an admission or concession that the disclosure of CNSI or CUI damages national security, nor does it imply liability under the Espionage Act or any other law.</span>

____ I acknowledge that during a declared pandemic or national health emergency, I must follow the same personal protective measures as prescribed for Pentagon personnel when entering the building.  This may include not entering the building if I am not feeling well or am experiencing symptoms.  I acknowledge that I may be randomly selected for screening for symptoms or the pandemic disease when entering the building or may be required to participate in screening testing program.  I acknowledge that failure to comply with the measures in any Health Protection Condition announcement could result in temporary denial of access or revocation of my PFAC.  I acknowledge that as a civilian who is not a DoW employee, I could temporarily be denied access to the Pentagon during a declared pandemic, national health emergency, or other emergency contingency.

____ I acknowledge that if I am issued a "P" parking permit, that I will be required to return it to the PPO upon completion of my media/press duties, or upon the expiration of the "P" parking permit.

____ I have been briefed on the safety and security requirements and agree to abide by the provisions outlined above.

_____        _____
Signature -- Administering Official         Signature -- Media Member

New Badge Expiration Date_____

Email address_____

Work phone_____ Cell phone_____

3