CO-386
10/2018

# United States District Court
# For the District of Columbia

The New York Times Company, et al.,   )
                                               Plaintiff   )
                                             vs   )   Civil Action No. __25-4218_____
Department of Defense   )
a/k/a Department of War, et al.,   )
                                              Defendant   )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __The New York Times Company__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __The New York Times Company__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Theodore J. Boutrous Jr._____
Signature

420440
BAR IDENTIFICATION NO.

Theodore J. Boutrous Jr._____
Print Name

333 South Grand Avenue_____
Address

Los Angeles, CA, 90071-3197_____
City        State       Zip Code

213.229.7000_____
Phone Number