IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NEW YORK TIMES COMPANY, et al., *Plaintiffs*, v. DEPARTMENT OF DEFENSE A/K/A DEPARTMENT OF WAR, et al., *Defendants*. | Civil Case No. 25-4218 |

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Lee R. Crain enters his appearance on behalf of Plaintiffs. I am admitted or otherwise authorized to practice in this court, and I hereby certify that I am personally familiar with the Local Rules of this Court and can be reached at the address, phone number, and email address below:

> Lee R. Crain
> D.D.C. Bar No. NY0337
> 200 Park Ave.
> New York, NY 10166-0193
> 212.351.4000
> LCrain@gibsondunn.com

Dated: December 4, 2025

Respectfully submitted,

*/s/ Lee R. Crain*
Lee R. Crain
D.D.C. Bar No. NY0337

GIBSON, DUNN & CRUTCHER LLP
200 Park Ave.
New York, NY 10166
212.351.4000
LCrain@gibsondunn.com

*Attorney for Plaintiffs*