IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NEW YORK TIMES COMPANY, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF DEFENSE<br>A/K/A DEPARTMENT OF WAR, et al.,<br><br>*Defendants*. | Civil Case No. 25-4218 |

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Katie Townsend enters her appearance on behalf of Plaintiffs. I am admitted or otherwise authorized to practice in this court, and I hereby certify that I am personally familiar with the Local Rules of this Court and can be reached at the address, phone number, and email address below:

Katie Townsend
D.C. Bar No. 1026115
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
KTownsend@gibsondunn.com

Dated: December 4, 2025

Respectfully submitted,

*/s/ Katie Townsend*
Katie Townsend
D.C. Bar No. 1026115

GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
KTownsend@gibsondunn.com

*Attorney for Plaintiffs*