IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE NEW YORK TIMES COMPANY, et al.,

                    *Plaintiffs*,

    v.

DEPARTMENT OF DEFENSE
A/K/A DEPARTMENT OF WAR, et al.,

                    *Defendants*.

**Civil Case No. 25-4218 (PLF)**

**MOTION FOR ADMISSION *PRO HAC VICE* OF SUSAN M. PELLETIER**

Pursuant to Local Rule 83.2(d), Theodore J. Boutrous of Gibson, Dunn & Crutcher LLP respectfully moves for admission and appearance of Susan M. Pelletier *pro hac vice* in the above-captioned matter as an additional counsel of record for Plaintiffs New York Times Company and Julian E. Barnes. As set forth in the accompanying declaration (attached as Exhibit A), Susan M. Pelletier is admitted, practicing, and a member in good standing of the bar of the District of Columbia. A certificate of good standing for Ms. Pelletier from the bar for the state in which Mr. Snyder regularly practices is attached as Exhibit B.

This Motion is supported and signed by Theodore J. Boutrous, an active and sponsoring member of the Bar of this Court. A proposed order is attached.

Date: December 4, 2025

                    Respectfully submitted,


                    */s/ Theodore J. Boutrous*
                    Theodore J. Boutrous, Jr. (D.D.C. Bar No. 420440)
                    GIBSON, DUNN & CRUTCHER LLP
                    333 South Grand Avenue
                    Los Angeles, CA 90071-3197
                    (213) 229-7000
                    TBoutrous@gibsondunn.com

                    *Counsel for Plaintiffs The New York Times*
                    *Company and Julian E. Barnes*