IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE NEW YORK TIMES COMPANY, et al.,

*Plaintiffs*,

v.

**Civil Case No. 25-4218 (PLF)**

DEPARTMENT OF DEFENSE
A/K/A DEPARTMENT OF WAR, et al.,

*Defendants*.

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*
OF SUSAN M. PELLETIER**

At the District of Columbia this _____ day of December 2025, having considered the Motion

for Admission *Pro Hac Vice* of Susan M. Pelletier (ECF No. ___) and the Declaration of Susan

M. Pelletier submitted in support of this Motion;

IT IS HEREBY ORDERED that the Motion is GRANTED, and that Susan M. Pelletier be,

and that the same hereby is, admitted *pro hac vice* to appear and participate fully in the above-

captioned case.

Dated: _____.


_____

Hon. Paul L. Friedman
U.S. District Judge