IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE NEW YORK TIMES COMPANY, et al.,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF DEFENSE, et al.,**<br><br>*Defendants.* | Case No. 1:25-cv-04218 |

## NOTICE OF APPEARANCE

    Please take notice that Michael Bruns, a Trial Attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance on behalf of all Defendants in this action. Please direct all communication regarding this case to Mr. Bruns's contact information below.

Dated: December 5, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director

*s/ Michael Bruns*
MICHAEL BRUNS (DC Bar No. 1613394)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-514-4011
Fax: 202-616-8460
Email: michael.bruns@usdoj.gov
*Attorneys for Defendants*