IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NEW YORK TIMES COMPANY, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, *et al.*,<br>*Defendants*. | Civil Case No. 25-cv-4218<br><br>**JOINT MOTION FOR ENTRY OF A BRIEFING SCHEDULE FOR EXPEDITED SUMMARY JUDGMENT AND OTHER RELATED RELIEF** |

Plaintiffs The New York Times Company and Julian E. Barnes ("Plaintiffs"), and Defendants Department of Defense a/k/a Department of War, Pete Hegseth, in his official capacity as Secretary of Defense, and Sean Parnell, in his official capacity as Chief Pentagon Spokesman ("Defendants") (together the "Parties") hereby respectfully move the Court for an order (i) entering an expedited briefing schedule for cross-motions for summary judgment, (ii) waiving the requirement of a Rule 26(f) conference, and (iii) extending Defendants' deadline to file an answer until after the Court rules on the parties' cross-motions for summary judgment. Good cause exists for the requested relief for the following reasons:

1. On December 4, 2025, Plaintiffs filed a Complaint challenging a new policy promulgated by Defendants pertaining to PFACs—Pentagon Facility Alternate Credentials. ECF. 1. Plaintiffs allege that the policy violates the First and Fifth Amendments, both facially and as applied to Plaintiffs, and that it violates the Administrative Procedure Act, 5 U.S.C. § 706.

2. On December 8, 2025, counsel for Plaintiffs met and conferred with counsel for Defendants. Counsel for the Parties agreed that no discovery would be necessary to resolve the issues presented and, accordingly, agreed that in lieu of Plaintiffs' moving for a preliminary

injunction, this case should be resolved pursuant to an expedited summary-judgment briefing schedule.[1]

3. Counsel for the Parties have agreed to the following proposed deadlines:

| | |
|---|---|
| **December 23, 2025** | Defendants shall serve the administrative record on Plaintiffs |
| **January 5, 2026** | Plaintiffs shall file their motion for summary judgment |
| **January 15, 2026** | Plaintiff-side amicus briefs shall be filed, if any |
| **January 30, 2026** | Defendants shall file their response and cross-motion for summary judgment |
| **February 10, 2026** | Defendant-side amicus briefs shall be filed, if any |
| **February 18, 2026** | Plaintiffs shall file their response and reply |
| **February 27, 2026** | Defendants shall file their reply |

4. The Parties respectfully request that the Court hold a hearing on their cross-motions for summary judgement as soon as practicable upon completion of the proposed briefing schedule.

5. Because the Parties agree no discovery is necessary in this action, they agree that a conference under Federal Rule of Civil Procedure 26(f) is unnecessary, and further request that the Court waive that requirement.

6. Because the Court's resolution of the Parties' cross-motions for summary judgment is likely to be dispositive of this action, Defendants move to postpone their deadline to answer the Complaint until 21 days after the Court rules on the Parties' cross-motions for summary judgment. Plaintiffs consent to this requested relief.

WHEREFORE, the Parties respectfully request the Court grant this proposed briefing schedule and enter an Order adopting the briefing schedule and other relief as outlined above.

---

[1] Plaintiffs have agreed to the briefing schedule reflected herein in lieu of filing a motion for preliminary injunctive relief. Plaintiffs reserve the right to seek a temporary restraining order and/or preliminary injunction in the event of a change in circumstances.

| | |
|---|---|
| December 17, 2025 | Respectfully submitted,<br><br>/s/ Theodore J. Boutrous, Jr.<br>Theodore J. Boutrous, Jr.<br>(D.D.C. Bar No. 420440)<br>Katie Townsend (D.D.C. Bar No. 1026115)<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>(213) 229-7000<br>TBoutrous@gibsondunn.com<br>KTownsend@gibsondunn.com<br><br>Gibson, Dunn & Crutcher LLP<br>Lee R. Crain (D.D.C Bar No. NY0337)<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>(212) 351-4000<br>LCrain@gibsondunn.com<br><br>Susan Pelletier*<br>Gibson, Dunn & Crutcher LLP<br>1700 M Street, N.W.<br>Washington, DC 20036-4504<br>(202) 955-8500<br>SPelletier@gibsondunn.com<br>*Pro hac vice<br><br>*Counsel for Plaintiffs*<br><br><br>BRETT A. SHUMATE<br>Assistant Attorney General Civil Division<br><br>SARAH E. WELCH<br>Counsel to the Assistant Attorney General<br>Civil Division<br><br>JOSEPH E. BORSON<br>Assistant Branch Director<br><br>s/ Michael Bruns<br>MICHAEL BRUNS (DC Bar No. 1613394)<br>U.S. Department of Justice |

3

Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-514-4011
Fax: 202-616-8460
Email: michael.bruns@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 17, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system, which will serve a copy of the same on the counsel of record.

      Respectfully submitted,

      */s/ Theodore J. Boutrous, Jr.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NEW YORK TIMES COMPANY, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, *et al.*,<br>    *Defendants*. | Civil Case No. 25-cv-4218 |

**[PROPOSED] ORDER**

The Parties' joint motion for entry of a briefing schedule for expedited summary judgment and for other related relief is GRANTED. It is hereby ORDERED that:

ORDERED that the Court dispenses with requirement that the Parties appear for a Rule 26(f) conference; and:

| | |
|---|---|
| **December 23, 2025** | Defendants shall serve the administrative record on Plaintiffs |
| **January 5, 2026** | Plaintiffs shall file their motion for summary judgment |
| **January 15, 2026** | Plaintiff-side amicus briefs shall be filed, if any |
| **January 30, 2026** | Defendants shall file their response and cross-motion for summary judgment |
| **February 10, 2026** | Defendant-side amicus briefs shall be filed, if any |
| **February 18, 2026** | Plaintiffs shall file their response and reply |
| **February 27, 2026** | Defendants shall file their reply |

IT IS FURTHER ORDERED that Defendants' deadline to answer the Complaint shall be extended until 21 days after the Court rules on the Parties' cross-motions for summary judgment.

Dated: _____          _____
                                  HON. PAUL L. FRIEDMAN
                                  UNITED STATES DISTRICT JUDGE