IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE NEW YORK TIMES COMPANY, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF DEFENSE, et al.**,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 1:25-cv-04218 |

## NOTICE OF THE PRODUCTION OF THE ADMINISTRATIVE RECORD

Consistent with the briefing schedule adopted by the Court in this case, Defendants hereby provide notice that on December 23, 2025, they, through counsel, transmitted to counsel for Plaintiffs the administrative record for the action challenged under the APA in this action. Attached hereto are the certification of and index to those administrative records

Dated: December 23, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director

*s/ Michael Bruns*
MICHAEL BRUNS (DC Bar No. 1613394)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: 202-514-4011
Fax: 202-616-8460

1

                                                Email: michael.bruns@usdoj.gov
*Attorneys for Defendants*