IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE NEW YORK TIMES COMPANY, et al.,** | ) <br> ) <br> ) |
| *Plaintiffs*, | ) <br> ) |
| v. | )    Case No. 1:25-cv-04218 <br> ) |
| **UNITED STATES DEPARTMENT OF DEFENSE, et al.,** | ) <br> ) <br> ) |
| *Defendants*. | ) <br> ) <br> ) |

## CERTIFICATION OF THE ADMINISTRATIVE RECORD

    I, Ben Irwin, Associate Deputy General Counsel, United States Department of War, based on personal knowledge and information provided to me in my official capacity, hereby certify to the best of my knowledge and belief that the attached Administrative Record is a true, correct, and complete copy of the non-privileged documents that were directly or indirectly considered in connection with the agency's decision that is at issue in the above-captioned matter. For purposes of convenience and efficiency, the Department also provides the attached index which lists the documents contained in the Administrative Record.

    I hereby certify under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

2

Executed this 23th day of December 2025.

_____
Ben Irwin
Associate Deputy General Counsel
United States Department of War