| File Name / Subject | Production Beg Doc List |
| --- | --- |
| ATSW(PA) Memo, Implementation of New Media In-Brief (Oct. 6, 2025).pdf | NYTIMES-DOW-25cv04218-00000001 |
| ATSW(PA) Memo, Implementation of New Media In-Brief (Sept. 18, 2025).pdf | NYTIMES-DOW-25cv04218-00000022 |
| ATSW(PA) Response Letter to RCFP (Sept. 24, 2025).pdf | NYTIMES-DOW-25cv04218-00000041 |
| RCFP Letter to ATSW(PA) (Sept. 22, 2025).pdf | NYTIMES-DOW-25cv04218-00000044 |
| SecDef Memo, Updated Physical Control Measures for Press-Media Access Within the Pentagon (May 23, 2025).pdf | NYTIMES-DOW-25cv04218-00000046 |
| NBC thank you email to the ATSW(PA) for meeting with DC network bureau chiefs to discuss new policy (Sept. 26, 2025) | NYTIMES-DOW-25cv04218-00000048 |
| Update on the Pentagon Reservation In-brief for Media Members.msg | NYTIMES-DOW-25cv04218-00000049 |
| Pentagon Press Association ,msg - Shulz-Parlatore Emails (Oct. 7) | NYTIMES-DOW-25cv04218-00000050 |
| Edited memo.msg - Parlatore Email to Shulz (with Attachment) (Sept. 29) | NYTIMES-DOW-25cv04218-00000051 |
| New Media In-Brief.DRAFT TCP-1.docx | NYTIMES-DOW-25cv04218-00000052 |
| Edited memo.msg - Shulz Response to Parlatore (Sept. 29) | NYTIMES-DOW-25cv04218-00000064 |
| Pentagon Press Association.msg - Shulz-Parlatore Emails (Sept. 26-29) | NYTIMES-DOW-25cv04218-00000065 |
| Revisions to in brief for media membners.msg - Shulz-Parlatore (Sept. 30) and Rottman (Oct. 8) | NYTIMES-DOW-25cv04218-00000070 |
| Revisions to in brief for media membners.msg - Shulz and Rottman Emails to ATSW(PA) and Parlatore (Sept. 30) | NYTIMES-DOW-25cv04218-00000073 |
| War Correspondents Instruction (1942).docx | NYTIMES-DOW-25cv04218-00000075 |

| Production End Doc List |
|---|
| NYTIMES-DOW-25cv04218-00000021 |
| NYTIMES-DOW-25cv04218-00000040 |
| NYTIMES-DOW-25cv04218-00000043 |
| NYTIMES-DOW-25cv04218-00000045 |
| NYTIMES-DOW-25cv04218-00000047 |
| NYTIMES-DOW-25cv04218-00000048 |
| NYTIMES-DOW-25cv04218-00000049 |
| NYTIMES-DOW-25cv04218-00000050 |
| NYTIMES-DOW-25cv04218-00000051 |
| NYTIMES-DOW-25cv04218-00000063 |
| NYTIMES-DOW-25cv04218-00000064 |
| NYTIMES-DOW-25cv04218-00000069 |
| NYTIMES-DOW-25cv04218-00000072 |
| NYTIMES-DOW-25cv04218-00000074 |
| NYTIMES-DOW-25cv04218-00000078 |