# EXHIBIT A

**From:** Pete Williams <Pete.Williams@comcast.net>
**Date:** Monday, February 3, 2025 at 3:20 PM
**To:** john.ullyot@gmail.com <john.ullyot@gmail.com>
**Subject:** Pentagon rotation policy

Dear John,

I write as a former Assistant Secretary of Defense for Public Affairs to urge you to rethink a plan to shift news organizations in and out of the Pentagon press room. Such a policy would not be in the Defense Department's best interests and would instead be perceived as punitive.

The organizations notified in the January 31 memo to leave their spaces have vastly larger audiences than the four selected to take their places. That will prove to be an impediment when the Secretary or other civilian and military officials have urgent messages to share. In an age when a dwindling number of Americans have any connection to the military services, reaching the broadest possible audience becomes ever more important.

While journalists from the vacating organizations would still have access to the building, as a practical matter the policy would force them to go elsewhere to compile and file their reports. When I was the Pentagon spokesman, I found it essential to have journalists close at hand when I needed to reach them -- to urge corrections, suggest approaches in reporting, or provide guidance to avoid mistakes.

Three of the organizations singled out to vacate their spaces have indisputably earned their stripes in covering the Department of Defense. Seven journalists from New York Times died covering combat in World War II, Vietnam, and Afghanistan. Four NBC journalists died covering US military operations in Vietnam, and David Bloom died while reporting on the Iraq war. National Public Radio lost two journalists in Afghanistan. To now suggest that they leave the press room would be perceived as an affront to that legacy.

Contrast that sacrifice with the memo's stated goal of giving other news organizations an opportunity to report as resident members of the Pentagon press corps, an experience that by the policy's own terms would last a year.

In short, John, the rotation policy won't do the Defense Department any good. It would instead make it more difficult for the President, the Secretary, and you to communicate your message.

Respectfully,

Pete Williams
ASD/PA 1989-1973

1