IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NEW YORK TIMES COMPANY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF DEFENSE, *et al.*, <br> *Defendants*. | Civil Case No. 25-cv-4218 (PLF) <br><br> DECLARATION OF <br> THEODORE J. BOUTROUS, JR. |

## DECLARATION OF THEODORE J. BOUTROUS, JR.

I, Theodore J. Boutrous, Jr., hereby declare as follows:

1. I am over the age of 18 and make this declaration based upon my personal knowledge and experience. If called to do so, I could and would competently testify to these matters under oath.

2. I am a member of the bar of this Court and a partner in the Los Angeles office of Gibson, Dunn & Crutcher LLP ("Gibson Dunn"). I represent Plaintiffs The New York Times Company ("The Times") and Julian E. Barnes in the above-captioned case. I make this declaration in support of Plaintiffs' Motion for Summary Judgment.

3. Attached as Exhibit 1 is a true and correct copy of an article by Oriana Pawlyk titled *Pentagon Access Cards Require Fingerprint, Iris Images*, published in the Military Times on July 16, 2015, and available at https://perma.cc/X49W-5P6W.

4. Attached as Exhibit 2 is a true and correct copy of an article by Eleanor Watson titled *CBS News Ends Over 60-Year Presence at Pentagon After Declining to Sign New Press Requirements* that was published by CBS News on October 17, 2025, and which is available at https://perma.cc/99R2-NN8D.

1

5. Attached as <u>Exhibit 3</u> is a true and correct copy of an article by Jim Garamone titled *Senior Pentagon Correspondent Recalls 9/11* that was published by DOD News on September 7, 2021, and which is available at https://perma.cc/WA4T-YNQH.

6. Attached as <u>Exhibit 4</u> is a true and correct copy of a publication from the Supreme Court's website titled *Requirements and Procedures for Issuing Supreme Court Press Credentials*, which is available at https://perma.cc/N7P4-EKBP.

7. Attached as <u>Exhibit 5</u> is a true and correct copy of a statement by President-elect Donald J. Trump Announcing the Nomination of Pete Hegseth as Secretary of Defense, which was published on the website The American Presidency Project on November 12, 2024, and which is available at https://perma.cc/T3A3-WVRT.

8. Attached as <u>Exhibit 6</u> is a true and correct copy of an article by Karoun Demirjian titled *Hegseth Won't Say Whether Sexual Assault, Drinking or Adultery Is Disqualifying* that was published by The New York Times on January 14, 2025, and which is available at https://www.nytimes.com/2025/01/14/us/politics/hegseth-confirmation-hearing-sexual-assault-drinking-disqualifying.html.

9. Attached as <u>Exhibit 7</u> is a true and correct copy of a record of the Roll Call Vote confirming Pete Hegseth as the Secretary of Defense, taken by the First Session of the 119th Congress on January 24, 2025. The record is available at https://perma.cc/NVU3-MQMZ.

10. Attached as <u>Exhibit 8</u> is a true and correct screenshot of a post on the social media platform X.com by the official account of the United States Secretary of Defense (or Secretary of War), @SecWar, which was posted on November 28, 2025, at 6:42 p.m., and which is available online at https://perma.cc/K6Z6-E7ZB.

11. Attached as Exhibit 9 is a true and correct copy of an article by Kanishka Singh titled *Pentagon Doubles the Number of News Outlets to 'Rotate' Out from Office Spaces* that was published by Reuters on February 7, 2025, and which is available at https://www.reuters.com/world/us/pentagon-doubles-number-news-outlets-rotate-out-office-spaces-2025-02-08/.

12. Attached as Exhibit 10 is a true and correct copy of an article by Erik Wemple titled *Inside Hegseth's Effort to Limit Press Access at the Pentagon* that was published by the New York Times on October 10, 2025, and which is available at https://www.nytimes.com/2025/10/10/business/media/hegseth-pentagon-press-access.html.

13. Attached as Exhibit 11 is a true and correct copy of an article by Dan Lamothe and Ellen Nakashima titled *Hegseth Team Told to Stop Polygraph Tests After Complaint to White House* that was published by the Washington Post on July 26, 2025, and which is available at https://perma.cc/7CUG-DPCV.

14. Attached as Exhibit 12 is a true and correct copy of an article by David Bauder titled *Journalists Turn in Access Badges, Exit Pentagon Rather than Agree to New Reporting Rules* that was published by the Associated Press on October 15, 2025, and which is available at https://perma.cc/EF59-82G2.

15. Attached as Exhibit 13 is a true and correct screenshot of a post on the social media platform X.com by Sean Parnell, Assistant to the Secretary of War for Public Affairs and Senior Advisor, @SeanParnellASW, which was posted on October 22, 2025, at 1:21 p.m., and which also is available at https://perma.cc/6YSR-UA9D.

16. Attached as Exhibit 14 is a true and correct copy of an article by Ken Bensinger & Erik Wemple titled *New Pentagon Press Crew Is All In on Trump* that was published by the New

3

York Times on November 4, 2025, and which is available at https://www.nytimes.com/2025/11/04/business/media/new-pentagon-press-crew-is-all-in-on-trump.html.

17. Attached as Exhibit 15 is a true and correct copy of a transcript by Steve Walsh of the National Public Radio show *All Things Considered* on December 3, 2025, which is available at https://perma.cc/C4KE-NPFP.

18. Attached as Exhibit 16 is a true and correct copy of an article by David Bauder titled *Some Friendly, Some On-The-News Questions at First Briefing for New Pentagon Press Corps* that was published by the Associated Press on December 2, 2025, and which is available at https://perma.cc/B7E2-GLQA.

19. Attached as Exhibit 17 is a true and correct copy of a screenshot of a post on the social media platform X.com by the Department of War's Rapid Response account, which was posted on December 2, 2025, at 11:21 a.m., and which is available at https://x.com/DOWResponse/status/1995890967002452302 or https://perma.cc/ZU23-RFUK. The post includes a video, which can be viewed at the aforementioned X.com address or provided on a USB drive upon request.

20. Attached as Exhibit 18 is a true and correct copy of an article by Scott Nover titled *Pentagon's Right-Wing, Pared Press Corps Gets a Meet-and-Greet* published by the Washington Post on November 29, 2025, which is available at https://perma.cc/W7LF-NM4L.

21. Attached as Exhibit 19 is a true and correct copy of a screenshot of a post on the social media platform X.com by Cam Higby, @camhigby, which was posted on December 3, 2025 at 2:21 p.m., and which is available at https://x.com/camhigby/status/1996298682136768743. The

post includes a video, which can be viewed at the aforementioned web address or provided on a USB drive upon request.

22. Attached as <u>Exhibit 20</u> is a true and correct copy of a screenshot of a post on the social media platform X.com by Laura Loomer, @LauraLoomer, which was posted on November 3, 2025 at 11:13 p.m., and which is available at https://perma.cc/EMB7-ESTL.

23. Attached as <u>Exhibit 21</u> is a true and correct copy of a screenshot of a post on the social media platform X.com by Washington Post reporter Scott Nover, @ScottNover, which was posted on November 4, 2025, at 1:53 p.m., and which is available at https://perma.cc/4H7Y-9TDC.

24. Attached as <u>Exhibit 22</u> is a true and correct copy of a screenshot of a post on the social media platform X.com by Washington Post reporter Scott Nover, @ScottNover, which was posted on November 4, 2025, at 2:02 p.m., and which is available at https://perma.cc/9KQP-FQS8.

25. Attached as <u>Exhibit 23</u> is a true and correct copy of a screenshot of a video titled *James O'Keefe Asks Pentagon Press Secretary Question About Identifying Anti-Trump Members of DOD*, which was published on the website YouTube.com by Forbes Breaking News on December 2, 2025, and which is available at https://www.youtube.com/watch?v=BQfpJfAgIdU or https://perma.cc/YY5E-XWEM.  The video can be viewed at the aforementioned YouTube link or provided on a USB drive upon request.

26. Attached as <u>Exhibit 24</u> is a true and correct copy of a screenshot of a post on the social media platform X.com by James O'Keefe, @JamesOKeefeIII, which was posted on April 23, 2025 at 6:46 p.m., and which is available at https://x.com/JamesOKeefeIII/status/1915175452404035624.  The post includes a video, which can be viewed at the aforementioned X link or provided on a USB drive upon request.

27.     Attached as Exhibit 25 is a true and correct copy of a transcript of a press briefing held at the Pentagon on December 2, 2025, which was published online by the Department of Defense ("Department of War") and is available at https://perma.cc/N3CG-ZKH3.

28.     Attached as Exhibit 26 is a true and correct copy of a May 26, 2010 press release by the United States Attorneys' Office for the Eastern District of Louisiana.  The release is titled *Four Men Plead Guilty to Entering Federal Property Under False Pretenses*, and is available at https://perma.cc/B6NR-Q2GU.

29.     Attached as Exhibit 27 is a true and correct copy of the New York Times website's Tip page, available at https://www.nytimes.com/tips.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of January 2026 in Los Angeles, California.

_____
Theodore J. Boutrous, Jr.