# EXHIBIT 5

# The American Presidency Project (https://www.presidency.ucsb.edu/)



## DONALD J. TRUMP (2ND TERM) (/PEOPLE/PRESIDENT/DONALD-J-TRUMP-2ND-TERM)

## Statement by President-elect Donald J. Trump Announcing the Nomination of Pete Hegseth as Secretary of Defense

November 12, 2024

I am honored to announce that I have nominated Pete Hegseth to serve in my Cabinet as The Secretary of Defense. Pete has spent his entire life as a Warrior for the Troops, and for the Country. Pete is tough, smart and a true believer in America First. With Pete at the helm, America's enemies are on notice - Our Military will be Great Again, and America will Never Back Down. Pete is a graduate of Princeton University, and has a Graduate Degree from Harvard University. He is an Army Combat Veteran who did tours in Guantanamo Bay, Iraq, and Afghanistan. For his actions on the battlefield, he was decorated with two Bronze Stars, as well as a Combat Infantryman's Badge. Pete has been a host at FOX News for eight years, where he used that platform to fight for our Military and Veterans. Pete's recent book, "The War on Warriors," spent nine weeks on the New York Times best-sellers list, including two weeks at NUMBER ONE. The book reveals the leftwing betrayal of our Warriors, and how we must return our Military to meritocracy, lethality, accountability, and excellence. Pete has also led two

Veterans Advocacy organizations, leading the fight for our Warriors, and our great Veterans. Nobody fights harder for the Troops, and Pete will be a courageous and patriotic champion of our "Peace through Strength" policy.

---

Donald J. Trump (2nd Term), Statement by President-elect Donald J. Trump Announcing the Nomination of Pete Hegseth as Secretary of Defense Online by Gerhard Peters and John T. Woolley, The American Presidency Project https://www.presidency.ucsb.edu/node/375561