# EXHIBIT 6

**The New York Times**

https://www.nytimes.com/2025/01/14/us/politics/hegseth-confirmation-hearing-sexual-assault-drinking-disqualifying.html

# Hegseth Won't Say Whether Sexual Assault, Drinking or Adultery Is Disqualifying

Pete Hegseth, President-elect Donald J. Trump's choice to lead the Pentagon, rejected what he said were "false claims" about his conduct.

 ▶ Listen to this article · 3:13 min  Learn more

 **By Karoun Demirjian**
Reporting from the Capitol

Jan. 14, 2025

Pete Hegseth, President-elect Donald J. Trump's pick to lead the Pentagon, on Tuesday repeatedly denied misconduct allegations against him and refused to say whether sexual assault, excessive drinking or marital infidelity should disqualify someone from serving as defense secretary.

Under questioning from Senator Tim Kaine, Democrat of Virginia, Mr. Hegseth rejected what he said were "false claims" about his conduct.

He testified to the Senate Armed Services Committee that he was a changed man, while at the same time denying all allegations of wrongdoing against him as a smear campaign orchestrated by a left-leaning media and anonymous sources.

He also refused to say whether a person who had committed the offenses of which he has been accused would be fit to lead the Pentagon.

YOUR TIMES ACCESS

# Have a moment? Play these games.



## Connections

Group words that share a common thread.

Play



## Spelling Bee

Make as many words as you can with 7 letters.

Play



### The Crossword

Crack the clues in today's puzzle.

Play

---

"You can't tell me whether someone who has committed a sexual assault is disqualified from serving as secretary of defense?" Mr. Kaine responded.

"Senator, I know in my instance — and I'm talking about my instance only — it was a false claim," Mr. Hegseth replied.

Mr. Kaine then asked Mr. Hegseth if he had ever committed an act of physical violence against any of his three spouses. He denied it — but refused to say whether such behavior would be disqualifying.

Mr. Hegseth also refused to engage when Mr. Kaine asked if someone who was publicly drunk in the manner that some former colleagues have charged he was should be at the helm of the Department of Defense. The senator cited allegations that a drunken Mr. Hegseth had chanted "kill all Muslims" at a work event at a bar and on another occasion, took colleagues to a strip club where he tried to dance with strippers.

Mr. Kaine also rejected Mr. Hegseth's efforts to dismiss the charges against him.

"You claim that this was all anonymous? We have seen records with names attached to all of these, including the name of your own mother," Mr. Kaine said, adding: "So don't make this into some anonymous press thing."

During his questioning, Mr. Kaine tried to make the case that Mr. Hegseth's past conduct made it clear that he should not hold the job for which Mr. Trump has chosen him. Noting evidence of Mr. Hegseth's past adultery, Mr. Kaine asked whether he would treat the oath of office as defense secretary the same way he treated his marriage vows.

Mr. Kaine also pointed out that Mr. Hegseth had fathered a child with the woman who later became his third wife while still married to his second wife, and that a 2017 encounter with a woman who accused him of sexual assault — which Mr. Hegseth has said was consensual — was at least cheating, if not a crime.

Mr. Hegseth responded by arguing he had been "falsely charged — completely, fully investigated, and completely cleared."

"Can you so casually cheat on a second wife and cheat on the mother of a child two months before?" Mr. Kaine responded. "How is that completely clear?"

Mr. Hegseth added that he had been redeemed by his "lord and savior" for his failings in life.

John Ismay and Eric Schmitt contributed reporting.

**Karoun Demirjian** covers Congress with a focus on defense, foreign policy, intelligence, immigration, and trade and technology.