# EXHIBIT 7



# Roll Call Vote 119th Congress - 1st Session

**Vote Summary**  XML

**Question:** On the Nomination (Confirmation: Peter Hegseth, of Tennessee, to be Secretary of Defense )

**Vote Number:** 15     **Vote Date:** January 24, 2025, 08:57 PM

**Required For Majority:** 1/2  **Vote Result:** Nomination Confirmed

**Nomination Number:** PN11-7

**Nomination Description:** Peter Hegseth, of Tennessee, to be Secretary of Defense

**Vote Counts:**  YEAs  50
                 NAYs  50
                 Vice President of the United States Voted   Yea

*Information compiled through Senate LIS by the Senate bill clerk under the direction of the secretary of the Senate

Vote Summary    By Senator Name    By Vote Position    **Alphabetical by** By Home State

**Senator Name**

Alsobrooks (D-MD), **Nay**
Baldwin (D-WI), **Nay**
Banks (R-IN), **Yea**
Barrasso (R-WY), **Yea**
Bennet (D-CO), **Nay**
Blackburn (R-TN), **Yea**
Blumenthal (D-CT), **Nay**
Blunt Rochester (D-DE), **Nay**
Booker (D-NJ), **Nay**
Boozman (R-AR), **Yea**
Britt (R-AL), **Yea**
Budd (R-NC), **Yea**
Cantwell (D-WA), **Nay**
Capito (R-WV), **Yea**
Cassidy (R-LA), **Yea**
Collins (R-ME), **Nay**

Coons (D-DE), **Nay**
Cornyn (R-TX), **Yea**
Cortez Masto (D-NV), **Nay**
Cotton (R-AR), **Yea**
Cramer (R-ND), **Yea**
Crapo (R-ID), **Yea**
Cruz (R-TX), **Yea**
Curtis (R-UT), **Yea**
Daines (R-MT), **Yea**
Duckworth (D-IL), **Nay**
Durbin (D-IL), **Nay**
Ernst (R-IA), **Yea**
Fetterman (D-PA), **Nay**
Fischer (R-NE), **Yea**
Gallego (D-AZ), **Nay**
Gillibrand (D-NY), **Nay**
Graham (R-SC), **Yea**

Grassley (R-IA), **Yea**
Hagerty (R-TN), **Yea**
Hassan (D-NH), **Nay**
Hawley (R-MO), **Yea**
Heinrich (D-NM), **Nay**
Hickenlooper (D-CO), **Nay**
Hirono (D-HI), **Nay**
Hoeven (R-ND), **Yea**
Husted (R-OH), **Yea**
Hyde-Smith (R-MS), **Yea**
Johnson (R-WI), **Yea**
Justice (R-WV), **Yea**
Kaine (D-VA), **Nay**
Kelly (D-AZ), **Nay**
Kennedy (R-LA), **Yea**
Kim (D-NJ), **Nay**
King (I-ME), **Nay**

| | | |
|---|---|---|
| Klobuchar (D-MN), **Nay** | Ossoff (D-GA), **Nay** | Sheehy (R-MT), **Yea** |
| Lankford (R-OK), **Yea** | Padilla (D-CA), **Nay** | Slotkin (D-MI), **Nay** |
| Lee (R-UT), **Yea** | Paul (R-KY), **Yea** | Smith (D-MN), **Nay** |
| Lujan (D-NM), **Nay** | Peters (D-MI), **Nay** | Sullivan (R-AK), **Yea** |
| Lummis (R-WY), **Yea** | Reed (D-RI), **Nay** | Thune (R-SD), **Yea** |
| Markey (D-MA), **Nay** | Ricketts (R-NE), **Yea** | Tillis (R-NC), **Yea** |
| Marshall (R-KS), **Yea** | Risch (R-ID), **Yea** | Tuberville (R-AL), **Yea** |
| McConnell (R-KY), **Nay** | Rosen (D-NV), **Nay** | Van Hollen (D-MD), **Nay** |
| McCormick (R-PA), **Yea** | Rounds (R-SD), **Yea** | Warner (D-VA), **Nay** |
| Merkley (D-OR), **Nay** | Sanders (I-VT), **Nay** | Warnock (D-GA), **Nay** |
| Moody (R-FL), **Yea** | Schatz (D-HI), **Nay** | Warren (D-MA), **Nay** |
| Moran (R-KS), **Yea** | Schiff (D-CA), **Nay** | Welch (D-VT), **Nay** |
| Moreno (R-OH), **Yea** | Schmitt (R-MO), **Yea** | Whitehouse (D-RI), **Nay** |
| Mullin (R-OK), **Yea** | Schumer (D-NY), **Nay** | Wicker (R-MS), **Yea** |
| Murkowski (R-AK), **Nay** | Scott (R-FL), **Yea** | Wyden (D-OR), **Nay** |
| Murphy (D-CT), **Nay** | Scott (R-SC), **Yea** | Young (R-IN), **Yea** |
| Murray (D-WA), **Nay** | Shaheen (D-NH), **Nay** | |

| Vote Summary By Home State Position | By Senator Name | By Vote Position Grouped By Vote |
|---|---|---|

### YEAs ---50

| | | |
|---|---|---|
| Banks (R-IN) | Graham (R-SC) | Moreno (R-OH) |
| Barrasso (R-WY) | Grassley (R-IA) | Mullin (R-OK) |
| Blackburn (R-TN) | Hagerty (R-TN) | Paul (R-KY) |
| Boozman (R-AR) | Hawley (R-MO) | Ricketts (R-NE) |
| Britt (R-AL) | Hoeven (R-ND) | Risch (R-ID) |
| Budd (R-NC) | Husted (R-OH) | Rounds (R-SD) |
| Capito (R-WV) | Hyde-Smith (R-MS) | Schmitt (R-MO) |
| Cassidy (R-LA) | Johnson (R-WI) | Scott (R-FL) |
| Cornyn (R-TX) | Justice (R-WV) | Scott (R-SC) |
| Cotton (R-AR) | Kennedy (R-LA) | Sheehy (R-MT) |
| Cramer (R-ND) | Lankford (R-OK) | Sullivan (R-AK) |
| Crapo (R-ID) | Lee (R-UT) | Thune (R-SD) |
| Cruz (R-TX) | Lummis (R-WY) | Tillis (R-NC) |
| Curtis (R-UT) | Marshall (R-KS) | Tuberville (R-AL) |
| Daines (R-MT) | McCormick (R-PA) | Wicker (R-MS) |
| Ernst (R-IA) | Moody (R-FL) | Young (R-IN) |
| Fischer (R-NE) | Moran (R-KS) | |

### NAYs ---50

| | | |
|---|---|---|
| Alsobrooks (D-MD) | Cantwell (D-WA) | Fetterman (D-PA) |
| Baldwin (D-WI) | Collins (R-ME) | Gallego (D-AZ) |
| Bennet (D-CO) | Coons (D-DE) | Gillibrand (D-NY) |
| Blumenthal (D-CT) | Cortez Masto (D-NV) | Hassan (D-NH) |
| Blunt Rochester (D-DE) | Duckworth (D-IL) | Heinrich (D-NM) |
| Booker (D-NJ) | Durbin (D-IL) | Hickenlooper (D-CO) |

| | | |
|---|---|---|
| Hirono (D-HI) | Murphy (D-CT) | Shaheen (D-NH) |
| Kaine (D-VA) | Murray (D-WA) | Slotkin (D-MI) |
| Kelly (D-AZ) | Ossoff (D-GA) | Smith (D-MN) |
| Kim (D-NJ) | Padilla (D-CA) | Van Hollen (D-MD) |
| King (I-ME) | Peters (D-MI) | Warner (D-VA) |
| Klobuchar (D-MN) | Reed (D-RI) | Warnock (D-GA) |
| Lujan (D-NM) | Rosen (D-NV) | Warren (D-MA) |
| Markey (D-MA) | Sanders (I-VT) | Welch (D-VT) |
| McConnell (R-KY) | Schatz (D-HI) | Whitehouse (D-RI) |
| Merkley (D-OR) | Schiff (D-CA) | Wyden (D-OR) |
| Murkowski (R-AK) | Schumer (D-NY) | |

Vote Summary          By Senator Name     By Vote Position
By Home State                                             **Grouped by**

**Home State**
**Alabama:**
Britt (R-AL), **Yea**          Tuberville (R-AL), **Yea**
**Alaska:**
Murkowski (R-AK), **Nay**      Sullivan (R-AK), **Yea**
**Arizona:**
Gallego (D-AZ), **Nay**        Kelly (D-AZ), **Nay**
**Arkansas:**
Boozman (R-AR), **Yea**        Cotton (R-AR), **Yea**
**California:**
Padilla (D-CA), **Nay**        Schiff (D-CA), **Nay**
**Colorado:**
Bennet (D-CO), **Nay**         Hickenlooper (D-CO), **Nay**
**Connecticut:**
Blumenthal (D-CT), **Nay**     Murphy (D-CT), **Nay**
**Delaware:**
Blunt Rochester (D-DE), **Nay**  Coons (D-DE), **Nay**
**Florida:**
Moody (R-FL), **Yea**          Scott (R-FL), **Yea**
**Georgia:**
Ossoff (D-GA), **Nay**         Warnock (D-GA), **Nay**
**Hawaii:**
Hirono (D-HI), **Nay**         Schatz (D-HI), **Nay**
**Idaho:**
Crapo (R-ID), **Yea**          Risch (R-ID), **Yea**
**Illinois:**
Duckworth (D-IL), **Nay**      Durbin (D-IL), **Nay**
**Indiana:**
Banks (R-IN), **Yea**          Young (R-IN), **Yea**
**Iowa:**
Ernst (R-IA), **Yea**          Grassley (R-IA), **Yea**
**Kansas:**

Marshall (R-KS), **Yea**  Moran (R-KS), **Yea**
**Kentucky:**
McConnell (R-KY), **Nay**  Paul (R-KY), **Yea**
**Louisiana:**
Cassidy (R-LA), **Yea**  Kennedy (R-LA), **Yea**
**Maine:**
Collins (R-ME), **Nay**  King (I-ME), **Nay**
**Maryland:**
Alsobrooks (D-MD), **Nay**  Van Hollen (D-MD), **Nay**
**Massachusetts:**
Markey (D-MA), **Nay**  Warren (D-MA), **Nay**
**Michigan:**
Peters (D-MI), **Nay**  Slotkin (D-MI), **Nay**
**Minnesota:**
Klobuchar (D-MN), **Nay**  Smith (D-MN), **Nay**
**Mississippi:**
Hyde-Smith (R-MS), **Yea**  Wicker (R-MS), **Yea**
**Missouri:**
Hawley (R-MO), **Yea**  Schmitt (R-MO), **Yea**
**Montana:**
Daines (R-MT), **Yea**  Sheehy (R-MT), **Yea**
**Nebraska:**
Fischer (R-NE), **Yea**  Ricketts (R-NE), **Yea**
**Nevada:**
Cortez Masto (D-NV), **Nay**  Rosen (D-NV), **Nay**
**New Hampshire:**
Hassan (D-NH), **Nay**  Shaheen (D-NH), **Nay**
**New Jersey:**
Booker (D-NJ), **Nay**  Kim (D-NJ), **Nay**
**New Mexico:**
Heinrich (D-NM), **Nay**  Lujan (D-NM), **Nay**
**New York:**
Gillibrand (D-NY), **Nay**  Schumer (D-NY), **Nay**
**North Carolina:**
Budd (R-NC), **Yea**  Tillis (R-NC), **Yea**
**North Dakota:**
Cramer (R-ND), **Yea**  Hoeven (R-ND), **Yea**
**Ohio:**
Husted (R-OH), **Yea**  Moreno (R-OH), **Yea**
**Oklahoma:**
Lankford (R-OK), **Yea**  Mullin (R-OK), **Yea**
**Oregon:**
Merkley (D-OR), **Nay**  Wyden (D-OR), **Nay**
**Pennsylvania:**
Fetterman (D-PA), **Nay**  McCormick (R-PA), **Yea**

**Rhode Island:**
Reed (D-RI), **Nay**              Whitehouse (D-RI), **Nay**
**South Carolina:**
Graham (R-SC), **Yea**            Scott (R-SC), **Yea**
**South Dakota:**
Rounds (R-SD), **Yea**            Thune (R-SD), **Yea**
**Tennessee:**
Blackburn (R-TN), **Yea**         Hagerty (R-TN), **Yea**
**Texas:**
Cornyn (R-TX), **Yea**            Cruz (R-TX), **Yea**
**Utah:**
Curtis (R-UT), **Yea**            Lee (R-UT), **Yea**
**Vermont:**
Sanders (I-VT), **Nay**           Welch (D-VT), **Nay**
**Virginia:**
Kaine (D-VA), **Nay**             Warner (D-VA), **Nay**
**Washington:**
Cantwell (D-WA), **Nay**          Murray (D-WA), **Nay**
**West Virginia:**
Capito (R-WV), **Yea**            Justice (R-WV), **Yea**
**Wisconsin:**
Baldwin (D-WI), **Nay**           Johnson (R-WI), **Yea**
**Wyoming:**
Barrasso (R-WY), **Yea**          Lummis (R-WY), **Yea**

Vote Summary      By Senator Name      By Vote Position
By Home State