# EXHIBIT 8





← **Post**

**Secretary of War Pete Hegseth** ✔️ 🏛️    ⋯
@SecWar

As usual, the fake news is delivering more fabricated, inflammatory, and derogatory reporting to discredit our incredible warriors fighting to protect the homeland.

As we've said from the beginning, and in every statement, these highly effective strikes are specifically intended to be "lethal, kinetic strikes." The declared intent is to stop lethal drugs, destroy narco-boats, and kill the narco-terrorists who are poisoning the American people. Every trafficker we kill is affiliated with a Designated Terrorist Organization.

The Biden administration preferred the kid gloves approach, allowing millions of people — including dangerous cartels and unvetted Afghans — to flood our communities with drugs and violence. The Trump administration has sealed the border and gone on offense against narco-terrorists. Biden coddled terrorists, we kill them.

Our current operations in the Caribbean are lawful under both U.S. and international law, with all actions in compliance with the law of armed conflict—and approved by the best military and civilian lawyers, up and down the chain of command.

Our warriors in SOUTHCOM put their lives on the line every day to protect the Homeland from narco-terrorists — and I will ALWAYS have their back.

6:42 PM · Nov 28, 2025 · **11.1M** Views

💬 13K        🔁 14K        ♡ 57K        🔖 1.6K        ⬆️

💬 **Read 13.6K replies**