# EXHIBIT 9

Learn more about **LSEG**

# Pentagon doubles number of news outlets to 'rotate' out from office spaces

By **Kanishka Singh**

February 9, 2025 7:21 PM EST · Updated February 9, 2025

  



The Pentagon building is seen in Arlington, Virginia, U.S. October 9, 2020. REUTERS/Carlos Barria/File Photo Purchase Licensing Rights

WASHINGTON, Feb 7 (Reuters) - (This Feb. 7 story has been refiled to correct the byline)

The U.S. Defense Department on Friday doubled the number of news organizations that must vacate their Pentagon office spaces to be replaced by other media outlets under a new "annual media rotation program."

> Read about innovative ideas and the people working on solutions to global crises with the Reuters Beacon newsletter. Sign up here.

The department said in a memo it was adding CNN, the Washington Post, the Hill and the War Zone to the outlets that must give up their dedicated space. Those organizations did not immediately respond to requests for comment.

In the first round, the Defense Department said a week ago the New York Times, NBC News, Politico and the National Public Radio had to vacate their dedicated workspaces at the Pentagon.

Incoming media outlets include the New York Post, Breitbart, the Washington Examiner, the Free Press, the Daily Caller, Newsmax, the Huffington Post and One America News Network, most of whom are seen as conservative or favoring Republican President Donald Trump, who took office on January 20.

Outgoing outlets will remain members of the Pentagon Press Corps, the memo said, adding that the rotation expressed a desire to make room for other media outlets.

More than two dozen news organizations operate out of the Pentagon, including Reuters, reporting on the daily activities of the U.S. military.

The Pentagon Press Association, which represents journalists who cover the Defense Department, said it was "shocked and deeply disappointed by the Defense Department's decision to double the number of news organizations it is removing in two weeks from their dedicated workspaces in the Pentagon from four to eight."

Reuters correspondent Phil Stewart is a member of the association's four-member board of directors.

Reporting by Kanishka Singh in Washington

Our Standards: **The Thomson Reuters Trust Principles.**

Suggested Topics:

United States

Purchase Licensing Rights


**Kanishka Singh**
Thomson Reuters

Kanishka Singh is a breaking news reporter for Reuters in Washington DC, who primarily covers US politics and national affairs in his current role. His past breaking news coverage has spanned across a range of topics like the Black Lives Matter movement; the US elections; the 2021 Capitol riots and their follow up probes; the Brexit deal; US-China trade tensions; the NATO withdrawal from Afghanistan; the COVID-19 pandemic; and a 2019 Supreme Court verdict on a religious dispute site in his native India.

 

## Read Next

World
**Mamdani's inauguration: New York, new year, new mayor**
6 hours ago

