# EXHIBIT 13



← **Post**

 **Sean Parnell** 
@SeanParnellASW

Today, the Department of War is announcing the next generation of the Pentagon press corps.

We are excited to announce over 60 journalists, representing a broad spectrum of new media outlets and independent journalists, have signed the Pentagon's media access policy and will be joining the new Pentagon press corps. Twenty-six journalists across 18 outlets were among the former Pentagon press corps who chose to sign the DOW media access policy.

New media outlets and independent journalists have created the formula to circumvent the lies of the mainstream media and get real news directly to the American people. Their reach and impact collectively are far more effective and balanced than the self-righteous media who chose to self-deport from the Pentagon. Americans have largely abandoned digesting their news through the lens of activists who masquerade as journalists in the mainstream media. We look forward to beginning a fresh relationship with members of the new Pentagon press corps.

1:21 PM · Oct 22, 2025 · **4.8M** Views

💬 4.4K            ↻ 5.7K            ♡ 21K            🔖 732            ↑

💬 Read 4.4K replies