# EXHIBIT 20



← **Post**



**Laura Loomer** ✓
@LauraLoomer

⋯

I'm excited to announce that after a year of breaking the most impactful stories that pertain to our nation's national security and rooting out deceptive and disloyal bad actors from the Department of War, I have joined the Pentagon Press Corps!

LOOMERED is now a credentialed outlet at the Pentagon.

There is no denying that my investigative reporting has had a massive impact on the landscape of personnel decisions within the Executive Branch, our intelligence agencies and the Pentagon.

I look forward to covering the Pentagon and breaking more stories that impact our country and our national security.

I have developed a Rolodex of sources and if you have any tips, feel free to contact the Loomered Tip Line: the most influential Tip Line in all of DC.



Tip Line

From loomered.com

11:13 PM · Nov 3, 2025 · **1.6M** Views

💬 6.8K          🔁 10K          ♡ 52K          🔖 805          ↑

💬 Read 6.8K replies