# EXHIBIT 24

**This Exhibit serves as a Notice of Filing under Local Civil Rule 5.4(e)(1). It preserves a link to a publicly posted video on X.com. The original .mp4 file can be made available to the Court upon request.**



2.7K replies · 16K · 39K · 2.3K