# EXHIBIT 26





Home » News » Press Release



## FOUR MEN PLEAD GUILTY TO ENTERING FEDERAL PROPERTY UNDER FALSE PRETENSES

FOR IMMEDIATE RELEASE                                                                                                     May 26, 2010

**JOSEPH BASEL**, age 24, **STAN DAI**, age 25, **ROBERT FLANAGAN**, age 24, and **JAMES O'KEEFE**, age 25, pleaded guilty today in front of U. S. Magistrate Judge Daniel E. Knowles, III, to one-count of entering real property of the United States under false pretenses, announced the United States Attorney's Office for the Eastern District of Louisiana. As a result of their conviction, **BASEL**, **DAI** and **FLANAGAN** were each ordered to pay a $1,500 fine, placed on two (2) years probation and serve seventy-five (75) hours of community service within the first year of probation; **O'KEEFE** was ordered to pay a $1,500 fine, placed on three (3) years probation and serve one hundred (100) hours of community service within the first year of probation.

According to court documents, **BASEL, DAI, FLANAGAN,** and **O'KEEFE** met in New Orleans on January 20, 2010, to discuss various topics, including possible scenarios to engage the staff of Senator Mary Landrieu in her office inside the Hale Boggs Federal Building in New Orleans and to record the interactions. On Saturday, January 23, **O'KEEFE** called **FLANAGAN** and invited him to participate in the plan, which **FLANAGAN** accepted. The next day, **BASEL, DAI, FLANAGAN,** and **O'KEEFE** met, discussed the disguises they would wear, and practiced how they would interact with Senator Landrieu's staff and record the interactions.

Also according to court documents, at approximately 10:00 a.m. on Monday, January 25, 2010, **BASEL, FLANAGAN,** and **O'KEEFE** met in an office near the Hale Boggs Federal Building to finalize their plan, check the recording devices, and mount a camera in one of the disguises. During this meeting, **O'KEEFE** explained how the recording devices worked and instructed **BASEL** and **FLANAGAN** how to position themselves once inside the Senator's office.

At approximately 11:00 A.M., **BASEL, FLANAGAN,** and **O'KEEFE** entered the Hale Boggs Federal Building and passed through the security screening. Their purpose was to orchestrate a conversation about phone calls to the Senator's staff and capture the resulting conversation on video. **DAI** remained outside to provide support. **BASEL** and **FLANAGAN** were each dressed like telephone repairmen, wearing blue denim pants, a blue work shirt, a fluorescent green vest, a tool belt, and a white hard hat. One of the hats contained a video recording device installed on the brim.

**O'KEEFE** entered Senator Landrieu's office first and positioned a digital video recorder made to look like a cellular telephone in his hand to record the interaction. He told the staff that he was waiting for a friend. He recorded the subsequent interaction.

**BASEL** and **FLANAGAN** entered the office soon thereafter and told the Senator's staff that they were telephone repairmen who were following up on reports of problems with the telephone system. A staff member said that there were no problems with the phone system, and **BASEL** then asked the staff member for permission to test the phone. **BASEL** then walked behind a staff member's desk, lifted the handset from the cradle, questioned whether there was a dial tone, and handled the receiver. **BASEL** and **FLANAGAN** each pretended to call the office phone with their own cellular phones, and they said the calls would not go through. **O'KEEFE** also interjected and said he had previously placed a call to the office that would not go through.

**BASEL** then told a staff member that he and **FLANAGAN** needed to perform repair work on the main phone system, and he asked that they be taken to the "central box." The staff member directed them to the office of the General Services Administration (GSA), and **BASEL** and **FLANAGAN** followed the staff

**Current Site**

Department of Justice
U.S. Attorneys
Louisiana, Eastern

**Archives**

Department of Justice
U.S. Attorneys
Louisiana Eastern

member to GSA's office inside the Hale Boggs Federal Building. Upon meeting a GSA employee, **BASEL** and **FLANAGAN** again said they were telephone repairmen, and **BASEL** again asked to be taken to the phone system's "central box."

The GSA employee asked **BASEL** and **FLANAGAN** if they had a work order or credentials, and they responded that they had left both their work order and credentials in their vehicle, parked just outside of the building. The GSA employee then informed **BASEL** and **FLANAGAN** that he would escort them to their truck so that they could provide him with the work order and their credentials.

**O'KEEFE** left Senator Landrieu's office several minutes after **BASEL** and F**LANAGAN** went to the GSA office, after pretending to take a call from "Sam."

All four men were apprehended shortly thereafter.

The investigation of this matter was conducted by Special Agents of the Federal Bureau of Investigation and Deputy Marshals with the United States Marshal's Service. The case was prosecuted by Assistant United States Attorney Jordan Ginsberg.

(Download Factual Basis)

Return to Top

**USAO ARCHIVE**
**HOME**

Accessibility
FOIA
Privacy Policy
Legal Policies & Disclaimers

Justice.gov
USA.gov