# EXHIBIT 27

The New York Times

Got a confidential news tip?

Do you have the next big story? Want to share it with The New York Times? We offer several ways to get in touch with and provide materials to our journalists. No communication system is completely secure, but these tools can help protect your anonymity. We've outlined each below, but please review any app's terms and instructions as well. Please do not send feedback, story ideas, pitches or press releases through these channels. For more general correspondence visit our contact page.

## What Makes a Good Tip?

A strong news tip will have several components. Documentation or evidence is essential. Speculating or having a hunch does not rise to the level of a tip. A good news tip should articulate a clear and understandable issue or problem with real-world consequences. Be specific. Finally, a news tip should be newsworthy. While we agree it is unfair that your neighbor is stealing cable, we would not write a story about it.

**Examples of good tips include:**

*Here is evidence that this government representative is breaking the law.*

*Here is proof that this company is conducting itself unethically.*

We will be reviewing messages regularly, but cannot promise each will receive an individual response. There are multiple ways to submit tips. Each method provides different levels of protection, so we encourage you to be certain of the pros and cons of the method you choose. We will respond to tips using the same method in which they were submitted. For example, if you submit a tip to us with Signal, we will only respond to you using Signal.

# Submit a Tip

This page uses encryption to encode any information you share through the form below. This means that the content of the message, including any attachments, cannot be read by anybody other than The New York Times. Please note that you must leave an email if you'd like us to contact you.

Your name

[                                    ]

Your email address

[                                    ]

This is how we'll contact you unless you provide other instructions in your message.

Share your tip with us*

[                                    ]

Select supporting files to share

[ Choose Files ] No file chosen

Total size of attachments must be less than 25MB

**Share tip**


# Signal

The free and open source messaging app offers end-to-end encryption to send messages, photos, video and calls. Signal retains only your phone number, when you first registered with the service and when you were last active. No metadata surrounding communications is retained. The app also allows messages to self-destruct, removing them from the recipient's and sender's phones (once it's been seen) after a set amount of time.

**Add us: +1 646-951-4771**

# Postal Mail

Mail delivered through the postal service is another secure means of communication. We recommend that you use a public mailbox, not a post office.

**Address:**
Tips
The New York Times
620 8th Avenue
New York, N.Y. 10018

# SecureDrop

This encrypted submission system set up by The Times uses the Tor anonymity software to protect your identity, location and the information you send us. We do not ask for or require any identifiable information, nor do we track or log information surrounding our communication.

We strongly recommend that tips be sent using a public Wi-Fi network, and that the computer you use is free of malware. If the computer is compromised, communications using SecureDrop may be compromised as well. The steps below outline best practices for use of SecureDrop, as well as the steps that we take to protect your privacy.

Details