IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NEW YORK TIMES COMPANY, et al., *Plaintiffs*, v. DEPARTMENT OF DEFENSE A/K/A DEPARTMENT OF WAR, et al., *Defendants*. | Civil Case No. 25-cv-04218 (PLF) |

### NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Susan M. Pelletier enters her appearance on behalf of Plaintiffs. I was admitted to appear *pro hac vice* before this Court on December 5, 2025, and I hereby certify that I am personally familiar with the Local Rules of this Court and can be reached at the address, phone number, and email address below:

Susan Pelletier
D.C. Bar No. 241905
1700 M Street, N.W.
Washington, D.C. 20036-4504
202.955.8500
SPelletier@gibsondunn.com

Dated: January 6, 2026

Respectfully submitted,

/s/ Susan M. Pelletier
Susan M. Pelletier
D.C. Bar No. 241905

GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
202.955.8500
SPelletier@gibsondunn.com

*Attorney for Plaintiffs*