AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia  ▾

| | |
|---|---|
| The New York Times Company, et al., | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   1:25-cv-04218-PLF |
| Department of Defense | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Pentagon Press Association                                                                 .

Date:      01/15/2026                                          /s/ David A. Schulz
                                                                          *Attorney's signature*

                                                        David A. Schulz (#459197)
                                                        *Printed name and bar number*
                                              MEDIA FREEDOM & INFORMATION ACCESS
                                                   CLINIC, YALE LAW SCHOOL
                                                          127 Wall Street
                                                       New Haven, CT 06520

                                                                *Address*

                                                     david.schulz@yale.edu
                                                            *E-mail address*

                                                       (212) 663-6162
                                                         *Telephone number*

                                                           *FAX number*