AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| The New York Times Co., et al., | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   1:25-cv-04218-PLF |
| Department of Defense, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Reporters Committee for Freedom of the Press and 23 Other Media Organizations                       .

Date:     01/15/2026

/s/ Bruce D. Brown
*Attorney's signature*

Bruce D. Brown (D.C. Bar No. 457317)
*Printed name and bar number*
1156 15th Street NW, Ste. 1020
Washington, DC 20005

*Address*

bruce.brown@rcfp.org
*E-mail address*

(202) 795-9300
*Telephone number*

*FAX number*