**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| THE NEW YORK TIMES CO., *et al.*,<br><br>  *Plaintiffs*,<br><br>  v.<br><br> DEPARTMENT OF DEFENSE, a/k/a<br> DEPARTMENT OF WAR, *et al.*,<br><br>  *Defendants*. | **Case No. 1:25-cv-04218** |

**CONSENT MOTION FOR LEAVE TO FILE BRIEF OF PROPOSED
AMICI CURIAE THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS
AND 23 OTHER MEDIA ORGANIZATIONS IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Proposed amici curiae the Reporters Committee for Freedom of the Press

("Reporters Committee"), Committee to Protect Journalists, First Amendment

Coalition, Inter American Press Association, International Women's Media

Foundation, The Media Institute, Media Law Resource Center, Military Reporters and

Editors, National Freedom of Information Coalition, National Newspaper

Association, National Press Club, National Press Photographers Association, New

England First Amendment Coalition, New England Newspaper and Press

Association, Inc., News/Media Alliance, News Guild – CWA, Online News

Association, PEN American Center, Inc., Pulitzer Center on Crisis Reporting, Radio

Television Digital News Association, Society of Environmental Journalists, Society of

1

Professional Journalists, Student Press Law Center, and Tully Center for Free Speech

(together, "amici"), respectfully move this Court under Local Civil Rule 7(o) for leave

to file the attached brief in support of Plaintiffs' Motion for Summary Judgment.  In

support of this relief, amici state as follows:

1.     This brief is timely filed pursuant to the Court's December 23, 2025

Minute Order entering the parties' proposed briefing schedule, which set a deadline

of January 15, 2026 for amicus briefs filed in support of Plaintiffs.

2.     Counsel for all parties consent to the filing of this brief.

3.     Further, courts have "broad discretion to permit . . . participat[ion] [of]

amici curiae," and find amicus participation appropriate when amici have "relevant

expertise and a stated concern for the issues at stake in [the] case."  *District of*

*Columbia v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011).  An amicus

brief should "normally be allowed when . . . the amicus has unique information or

perspective that can help the court beyond the help that the lawyers for the parties

are able to provide."  *Cobell v. Norton*, 246 F. Supp. 2d 59, 62 (D.D.C. 2003) (quoting

*Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1063 (7th Cir. 1997)); *Jin v.*

*Ministry of State Sec.*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008) (same).

4.     The proposed brief highlights that the fundamental work of journalism

involves asking questions and that reporters' access to public officials and

government spaces allows for oversight and ensures government accountability to the

public.  It details how the Pentagon's restrictive new media access policy is incompatible with the role of journalists in our democracy to seek information and ask questions, including in the domain of national defense and foreign affairs, and with the First Amendment.

5.      Amici are uniquely positioned to provide the Court with information and insight, as amici know first-hand the importance of physical access by the press to government places and personnel, as well as the need for independence from undue government influence so that journalists can keep the public informed and perform their watchdog role.  Lead amicus, the Reporters Committee, is an unincorporated nonprofit association of reporters and editors dedicated to defending the First Amendment and newsgathering rights of the news media.  Founded by journalists and media lawyers in 1970, when the nation's press faced an unprecedented wave of government subpoenas forcing reporters to name confidential sources, the Reporters Committee's attorneys now provide *pro bono* legal representation, amicus curiae support, and other legal resources to protect journalists. The Reporters Committee regularly appears as amicus in this and other federal and state courts on First Amendment issues of importance to journalists.  *See* Br. of Reps. Comm. for Freedom of the Press as Amicus Curiae, *Associated Press v. Budowich*, No. 1:25-cv-00532 (D.D.C. Feb. 24, 2025), Dkt. No. 17-1; Br. of Amici Curiae Reps. Comm. for Freedom of the Press, White House Correspondents' Ass'n & 46 News & Media

Orgs., *Associated Press v. Budowich*, No. 25-5109 (D.C. Cir. Oct. 6, 2025); Br. of Amici

Curiae Reps. Comm. for Freedom of the Press & Comm. to Protect Journalists, *Radio*

*Free Europe/Radio Liberty, Inc. v. Lake*, No. 1:25-cv-00799 (D.D.C. Mar. 28, 2025), Dkt.

No. 17-1; Br. of Amici Curiae Reps. Comm. for Freedom of the Press & Independent

NPR Member Stations, *Nat'l Pub. Radio, Inc. v. Trump*, No. 1:25-cv-01674 (D.D.C. June

20, 2025), Dkt. No. 26-1; Br. of Amici Curiae Reps. Comm. for Freedom of the Press,

Comm. to Protect Journalists, PEN Am., Press Freedom Ctr. at the Nat'l Press Club, &

Soc'y of Pro. Journalists, *Widakuswara v. Lake* (and related appeals), Nos. 25-5144, 25-

5145, 25-5150, 25-5151 (D.C. Cir. July 28, 2025).

6.    The Reporters Committee is joined on this brief by 23 organizations that

represent the interests of news organizations and journalists who seek to ascertain

and report the news:

- The Committee to Protect Journalists ("CPJ") is an independent, nonprofit organization that promotes press freedom worldwide.  We defend the right of journalists to report the news without fear of reprisal.  CPJ is made up of about 40 experts around the world, with headquarters in New York City.  A board of prominent journalists from around the world helps guide CPJ's activities.

- The First Amendment Coalition ("FAC") is a nonprofit public interest organization dedicated to defending free speech, free press and open government rights in order to make government, at all levels, more accountable to the people.  The Coalition's mission assumes that government transparency and an informed electorate are essential to a self-governing democracy.  FAC advances this purpose by working to improve governmental compliance with state and federal open government laws.  FAC's activities include free legal consultations on access to public records and First Amendment issues, educational

4

programs, legislative oversight of California bills affecting access to government records and free speech, and public advocacy, including extensive litigation and appellate work.  FAC's members are news organizations, law firms, libraries, civic organizations, academics, freelance journalists, bloggers, activists, and ordinary citizens.

• The Inter American Press Association ("IAPA") is a not-for-profit organization dedicated to the defense and promotion of freedom of the press and of expression in the Americas.  It is made up of more than 1,300 publications from throughout the Western Hemisphere and is based in Miami, Florida.

• The International Women's Media Foundation ("IWMF") is the only global organization built to serve the holistic needs of women and nonbinary journalists.  We are a bold and inclusive organization that supports journalists where they are with awards, reporting opportunities, fellowships, grants, safety training and emergency aid.  As one of the largest supporters of women-produced journalism, our transformative work strengthens equal opportunity and press freedom worldwide.

• The Media Institute is a nonprofit foundation specializing in communications policy issues founded in 1979.  The Media Institute exists to foster three goals: freedom of speech, a competitive media and communications industry, and excellence in journalism.  Its program agenda encompasses all sectors of the media, from print and broadcast outlets to cable, satellite, and online services.

• The Media Law Resource Center, Inc. ("MLRC") is a non-profit professional association for content providers in all media, and for their defense lawyers, providing a wide range of resources on media and content law, as well as policy issues.  These include news and analysis of legal, legislative and regulatory developments; litigation resources and practice guides; and national and international media law conferences and meetings.  The MLRC also works with its membership to respond to legislative and policy proposals and speaks to the press and public on media law and First Amendment issues.  It counts as members over 125 media companies, including newspaper, magazine and book publishers, TV and radio broadcasters, and digital platforms, and over 200 law firms working in the media law field.  The MLRC was founded in 1980 by leading American publishers and broadcasters to assist in defending

5

and protecting free press rights under the First Amendment.

•       Military Reporters & Editors ("MRE") exists to advance public understanding of the military, national security and homeland defense. It advocates on behalf of journalists to the government and military, and it informs the public and stakeholders about the importance of our mission.  It defends the right to obtain information and access to places where the U.S. military and its allies operate.  And it educates members and the public on best practices, tools and techniques for such coverage.

•       The National Freedom of Information Coalition ("NFOIC") is a national nonprofit, nonpartisan organization of state and regional affiliates representing 45 states and the District of Columbia.  Through its programs and services and national member network, NFOIC promotes press freedom, litigation and legislative and administrative reforms that ensure open, transparent and accessible state and local governments and public institutions.

•       The National Newspaper Association ("NNA") is a 2,000-member organization of community newspapers founded in 1885.  Its members include weekly and small daily newspapers across the United States. It is based in Pensacola, FL.

•       The National Press Club is the world's leading professional organization for journalists.  Founded in 1908, the Club has 3,100 members representing most major news organizations.  The Club defends a free press worldwide.  Each year, the Club holds over 2,000 events, including news conferences, luncheons and panels, and more than 250,000 guests come through its doors.

•       The National Press Photographers Association ("NPPA") is a 501(c)(6) non-profit organization dedicated to the advancement of visual journalism in its creation, editing and distribution.  NPPA's members include television and still photographers, editors, students and representatives of businesses that serve the visual journalism industry. Since its founding in 1946, the NPPA has vigorously promoted the constitutional rights of journalists as well as freedom of the press in all its forms, especially as it relates to visual journalism.  The submission of this brief was duly authorized by Mickey H. Osterreicher, its General Counsel.

6

- The New England First Amendment Coalition ("NEFAC") is a non-profit organization working in the six New England states to defend, promote and expand public access to government and the work it does.  The coalition is a broad-based organization of people who believe in the power of transparency in a democratic society.  Its members include lawyers, journalists, historians and academicians, as well as private citizens and organizations whose core beliefs include the principles of the First Amendment.  The coalition aspires to advance and protect the five freedoms of the First Amendment, and the principle of the public's right to know in our region.  In collaboration with other like-minded advocacy organizations, NEFAC also seeks to advance understanding of the First Amendment across the nation and freedom of speech and press issues around the world.

- The New England Newspaper and Press Association, Inc. ("NENPA") is the regional association for newspapers in the six New England States (including Massachusetts).  NENPA's corporate office is in Dedham, Massachusetts.  Its purpose is to promote the common interests of newspapers published in New England.  Consistent with its purposes, NENPA is committed to preserving and ensuring the open and free publication of news and events in an open society.

- The News/Media Alliance ("N/MA") represents over 2,200 diverse publishers in the U.S. and internationally, ranging from the largest news and magazine publishers to hyperlocal newspapers, and from digital-only outlets to papers who have printed news since before the Constitutional Convention.  Its membership creates quality journalistic content that accounts for nearly 90 percent of daily newspaper circulation in the U.S., over 500 individual magazine brands, and dozens of digital-only properties.  The Alliance diligently advocates for newspapers, magazine, and digital publishers, on issues that affect them today.

- The News Guild-CWA is a labor organization representing more than 25,000 employees of newspapers, newsmagazines, news services and other media enterprises. Guild representation comprises, in the main, the editorial and online departments of these media outlets.  The News Guild is a sector of the Communications Workers of America. CWA is America's largest communications and media union, representing over 500,000 men and women in both private and public

sectors.

• The Online News Association ("ONA") is the world's largest association of digital journalists. ONA's mission is to inspire innovation and excellence among journalists to better serve the public. Membership includes journalists, technologists, executives, academics and students who produce news for and support digital delivery systems. ONA also hosts the annual Online News Association conference and administers the Online Journalism Awards.

• PEN American Center, Inc. ("PEN America") is a nonpartisan nonprofit organization working at the intersection of literature and human rights. Founded in 1922, PEN America advocates for free expression and the interests of writers and journalists in the United States and abroad. Its membership includes more than 5,000 writers, journalists, literary professionals, and readers nationwide. PEN America protects press freedom and journalists by combatting disinformation, defending journalists against online abuse, and supporting local news.

• The Pulitzer Center on Crisis Reporting, based in Washington, DC, was founded in 2006 as a non-profit journalism center dedicated to supporting in-depth engagement with underreported global affairs through sponsorship of quality international journalism across all media platforms and a unique program of outreach and education to schools and universities. The Center supports over 150 international reporting projects each year, working in tandem with major international news outlets.

• The Radio Television Digital News Association ("RTDNA") is the world's largest and only professional organization devoted exclusively to electronic journalism. RTDNA is made up of news directors, news associates, educators and students in radio, television, cable and electronic media in more than 30 countries. RTDNA is committed to encouraging excellence in the electronic journalism industry and upholding First Amendment freedoms.

• The Society of Environmental Journalists ("SEJ") is the only North-American membership association of professional journalists dedicated to more and better coverage of environment-related issues.

- The Society of Professional Journalists ("SPJ") is dedicated to improving and protecting journalism.  It is the nation's largest and most broad-based journalism organization, dedicated to encouraging the free practice of journalism and stimulating high standards of ethical behavior.  Founded in 1909 as Sigma Delta Chi, SPJ promotes the free flow of information vital to a well-informed citizenry, works to inspire and educate the next generation of journalists and protects First Amendment guarantees of freedom of speech and press.

- The Student Press Law Center ("SPLC") is a nonprofit, nonpartisan organization which, since 1974, has been the nation's only legal assistance agency devoted exclusively to educating high school and college journalists about the rights and responsibilities embodied in the First Amendment to the Constitution of the United States.  SPLC provides free legal assistance, information and educational materials for student journalists on a variety of legal topics.

- The Tully Center for Free Speech began in Fall, 2006, at Syracuse University's S.I. Newhouse School of Public Communications, one of the nation's premier schools of mass communications.

7. For the above-stated reasons, amici respectfully request that the Court grant the requested relief and accept the attached brief for filing.

Dated: January 15, 2026

Respectfully submitted,

*/s/ Bruce D. Brown*
Bruce D. Brown (D.C. Bar No. 457317)
  *Counsel of Record for Amici Curiae*
Lisa Zycherman (D.C. Bar No. 495277)
Gabriel Rottman (D.C. Bar No. 992728)
Mara Gassmann (D.C. Bar No. 1014532)
Grayson Clary (D.C. Bar No. 1735810)
Annie Seminara, *Of counsel*
REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
1156 15th Street NW, Ste. 1020
Washington, DC 20005
Telephone: 202.795.9300

9

bruce.brown@rcfp.org

*Counsel of Record for Proposed Amici Curiae Reporters Committee for Freedom of the Press and 23 Other Media Organizations*