**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NEW YORK TIMES CO., *et al.*,

        *Plaintiffs*,

        v.

DEPARTMENT OF DEFENSE, *et al.*,

        *Defendants*.

No. 1:25-cv-04218 (PLF)

**[PROPOSED] ORDER GRANTING CONSENT MOTION OF AMERICAN CIVIL
LIBERTIES UNION AND AMERICAN CIVIL LIBERTIES UNION OF THE DISTRICT
OF COLUMBIA FOR LEAVE TO FILE AMICUS CURIAE BRIEF**

Upon consideration of amici's motion, and the arguments and papers presented in support thereof, the Court hereby ORDERS that the motion for leave is GRANTED, and the Court respectfully directs the Clerk to file on the docket the proposed amicus brief attached to the motion.

Entered this ___ day of _____, 2026.

_____

Paul L. Friedman
United States District Judge