UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE NEW YORK TIMES COMPANY, et al.,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF DEFENSE, et al.,**<br><br>*Defendants*. | Civil Action No. 1:25-cv-04218-DLF |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that upon (1) the accompanying Memorandum of Law in Support of the Their Motion for Summary Judgment and (2) the Administrative Record, Defendants the Department of War, Pete Hegseth in his official capacity, and Sean Parnell in his official capacity hereby move this Court for an order granting summary judgment in favor of Defendants and against Plaintiffs pursuant to Rule 56 of the Federal Rules of Civil Procedure.

DATED: January 30, 2025                Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Michael Bruns*
Michael Bruns
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.

1

Washington, DC 20005
michael.bruns@usdoj.gov

*Counsel for Defendants*

2