UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NEW YORK TIMES COMPANY, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE, et al., <br><br> *Defendants*. | Civil Action No. 1:25-cv-04218-DLF |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS**

Defendants hereby respond to the statements of material facts filed by Plaintiffs as in support of their motions for summary judgment [ECF No. 10-36]. Preliminarily, Defendants note that this Response is solely designed to respond to Plaintiffs' statements by identifying which of the factual grounds for Plaintiffs' respective motions are disputed. In light of Defendants' separate motion for summary judgment, the use of the word "disputed" or similar references herein should not be construed to mean that Defendants believe that there are genuine issues of fact that would necessitate a trial. Rather, such language simply means that Defendants dispute Plaintiffs' statement regarding that matter. Defendants maintain their position that there are *no* genuine issues of material fact with respect to the grounds entitling Defendants to summary judgment.

Additionally, having examined the statements of undisputed material facts submitted by Plaintiffs, Defendants dispute Plaintiffs' inclusion of numerous allegations and purported facts that are not material to the outcome of this suit. *See Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 247-48 ("As to materiality, the substantive law will identify which facts are material. Only

1

disputes over facts that might affect the outcome of the suit under the governing law will properly preclude entry of summary judgment. Factual disputes that are irrelevant or unnecessary will not be counted.").

Defendant hereby responds to the statement of facts [ECF No. 10-36]:

1. Undisputed.
2. Undisputed.
3. Undisputed.
4. Disputed, in that this paragraph does not set forth uncontroverted facts that are material to the outcome of this suit. *See Anderson*, 477 U.S. at 247-48.
5. Undisputed.
6. Disputed. This paragraph is a conclusion. *Sherrill v. Knight*, 569 F.2d 124, 126-27 & n.3 (D.C. Cir. 1977); *Karem v. Trump*, 960 F.3d 656, 660–61 (D.C. Cir. 2020), and the Administrative Record speak for themselves.
7. Undisputed.
8. Undisputed.
9. Undisputed.
10. Undisputed.
11. Undisputed.
12. Undisputed.
13. Undisputed.
14. Undisputed.
15. Undisputed.

16. Disputed, in that this paragraph does not set forth uncontroverted facts that are material to the outcome of this suit. *See Anderson*, 477 U.S. at 247-48.

17. Disputed, in that this paragraph does not set forth uncontroverted facts that are material to the outcome of this suit. *See Anderson*, 477 U.S. at 247-48.

18. Undisputed.

19. Undisputed.

20. Undisputed.

21. Undisputed.

22. Undisputed.

23. Undisputed.

24. Undisputed.

25. Undisputed.

26. Undisputed.

27. Undisputed.

28. Undisputed.

29. Undisputed.

30. Undisputed.

31. Undisputed.

32. Undisputed.

33. Undisputed.

34. Undisputed.

35. Undisputed.

36. Undisputed.

37. Undisputed.

38. Undisputed.

39. Undisputed.

40. Undisputed.

41. Undisputed.

42. Undisputed.

43. Undisputed.

44. Undisputed.

45. Undisputed.

46. Undisputed.

47. Undisputed.

48. Undisputed.

49. Undisputed.

50. Undisputed.

51. Undisputed.

52. Undisputed.

53. Undisputed.

54. Undisputed.

55. Undisputed.

56. Undisputed.

57. Undisputed.

58. Undisputed.

59. Undisputed.

60. Undisputed.

61. Undisputed.

62. Undisputed.

63. Undisputed.

64. Undisputed.

65. Undisputed.

66. Undisputed.

67. Undisputed.

68. Undisputed.

69. Undisputed.

70. Undisputed.

71. Undisputed.

72. Undisputed.

73. Undisputed.

74. Undisputed.

75. Undisputed.

76. Undisputed.

77. Undisputed.

78. Undisputed.

79. Undisputed.

80. Undisputed.

81. Undisputed.

82. Undisputed.

83. Undisputed.

84. Undisputed.

85. Undisputed.

86. Undisputed.

87. Undisputed.

88. Undisputed.

89. Undisputed.

90. Undisputed.

91. Undisputed.

92. Undisputed.

93. Undisputed.

94. Undisputed.

95. Undisputed.

96. Undisputed.

97. Undisputed.

98. Undisputed.

99. Undisputed.

100. Undisputed.

101. Undisputed.

102. Undisputed.

103. Undisputed

DATED: January 30, 2025          Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Michael Bruns*
Michael Bruns
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
michael.bruns@usdoj.gov

*Counsel for Defendants*