UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NEW YORK TIMES COMPANY, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE, et al., <br><br> *Defendants*. | Civil Action No. 1:25-cv-04218-DLF |

**[PROPOSED] ORDER**

Having considered Defendants' motion for summary judgment, Plaintiffs' opposition, and the entire record herein, IT IS HEREBY ORDERED:

Defendants' motion is GRANTED; and

Summary Judgement is ENTERED in favor of Defendants on all counts.

SO ORDERED.


DATED: _____          _____
                                     Hon. Paul L. Friedman
                                     United States District Judge

1