**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE NEW YORK TIMES COMPANY, *et al*., | |
| *Plaintiffs*, | **Civil Case No.** 25-cv-4218 (PLF) |
| v. | |
| DEPARTMENT OF DEFENSE, *et al.*, | **DECLARATION OF** |
| *Defendants*. | **THEODORE J. BOUTROUS, JR.** |

<u>**SUPPLEMENTAL DECLARATION OF THEODORE J. BOUTROUS, JR.**</u>

I, Theodore J. Boutrous, Jr., hereby declare as follows:

1.      I am over the age of 18 and make this declaration based upon my personal knowledge and experience.  If called to do so, I could and would competently testify to these matters under oath.

2.      I am a member of the bar of this Court and a partner in the Los Angeles office of Gibson, Dunn & Crutcher LLP ("Gibson Dunn").  I represent Plaintiffs The New York Times Company ("The Times") and Julian E. Barnes in the above-captioned case.  I make this supplemental declaration in support of Plaintiffs' Motion for Summary Judgment and in opposition to Defendants' Cross-Motion for Summary Judgment.

3.      Attached as <u>Exhibit 1</u> is a true and correct copy of a screenshot of a post on the social media platform X.com by Secretary Pete Hegseth, @PeteHegseth, which was posted on October   13,   2025   at   2:49   P.M.,   and   which   is   available   at https://x.com/PeteHegseth/status/1977808951338307907.

4.      Attached as <u>Exhibit 2</u> is a true and correct copy of an article by Brian Flood, titled *Pentagon officials blast Washington Post for putting 'lives at risk' with report on Pete Hegseth's security* that was published by Fox News on August 20, 2025, and which is available at

https://www.foxnews.com/media/pentagon-officials-blast-washington-post-putting-lives-risk-report-pete-hegseths-security and at https://perma.cc/8NZ2-WHEZ.

5.      Attached as <u>Exhibit 3</u> is a true and correct copy of a screenshot of a post on the social media platform X.com by United States Assistant to the Secretary of Defense for Public Affairs Sean Parnell, @SeanParnellUSA, which was posted on August 20, 2025 at 7:45 P.M., and which is available at https://x.com/SeanParnellUSA/status/1958133206726705448.

6.      Attached as <u>Exhibit 4</u> is a true and correct copy of a screenshot of a post on the social media platform X.com by Deputy Pentagon Press Secretary Joel Valdez, @JoelValdezDOW, which was posted on August 20, 2025 at 8:56 A.M., and which is available at https://x.com/JoelValdezDOW/status/1958151139331088527.

7.      Attached as <u>Exhibit 5</u> is a true and correct copy of an article by Brian Flood, titled *Pete Hegseth Is Mad the Media Won't Celebrate U.S. War With Iran* that was published by The Intercept on June 27, 2025, and which is available at https://theintercept.com/2025/06/27/hegseth-military-leaks-iran-war-journalists/ and at https://perma.cc/YN9Z-6DHL.

8.      Attached as <u>Exhibit 6</u> is a true and correct copy of a screenshot of a video titled *WATCH LIVE: Hegseth holds briefing on Israel-Iran war*, which was published on the website YouTube.com by PBS News Hour on June 26, 2025, and which is available at https://www.youtube.com/watch?v=ttWMTNGJIqE.    The video can be viewed at the aforementioned YouTube link or provided on a USB drive upon request.

9.      Attached as <u>Exhibit 7</u> is a true and correct copy of a screenshot of a post on the social media platform X.com by United States Assistant to the Secretary of Defense for Public Affairs Sean Parnell, @SeanParnellUSA, which was posted on April 20, 2025 at 9:54 P.M., and which is available at https://x.com/SeanParnellASW/status/1914135704101175583.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of February 2026 in Los Angeles, California.

_____

Theodore J. Boutrous, Jr.