# EXHIBIT 1



← Post



**Pete Hegseth** @PeteHegseth

👋



> **NYTimes Communications** @NYTimesPR · Oct 10, 2025
> A statement from The New York Times on the Pentagon's press pass policy:
>
> "Journalists from The New York Times will not sign the Pentagon's revised press pass policy, which threatens to punish them for ordinary news gathering protected by the First Amendment. Since the policy was first announced, we have expressed concerns that it constrains how journalists can report on the U.S. military, which is funded by nearly $1 trillion in taxpayer dollars annually. The public has a right to know how the government and military are operating. The Times is dedicated to pursuing the public interest through deep, fair reporting and an unwavering pursuit of the facts."
>
> – Richard Stevenson, Washington Bureau Chief
>
> The New York Times

2:49 PM · Oct 13, 2025 · **1M** Views

💬 1.8K     🔁 2.6K     ♡ 25K     🔖 284     ⤴

 Read 1.8K replies