# EXHIBIT 3





**Sean Parnell** ✓
@SeanParnellUSA

In the wake of two assassinations attempts against President Trump, ICE agents facing a 1000% increase in assaults, and repeated threats of retaliation from Iran for striking their nuclear capabilities, it's astonishing that the Washington Post is criticizing a high-ranking cabinet official for receiving appropriate security protection, especially after doxxing the DHS Secretary last week.

Any action pertaining to the security of Secretary Hegseth and his family has been in response to the threat environment and at the full recommendation the Army Criminal Investigation Division (CID).

When left-wing blogs like the Washington Post continue to dox cabinet secretaries' security protocols and movements, it puts lives at risk.

> **Dan Lamothe** ✓  @DanLamothe · Aug 20, 2025
> Replying to @DanLamothe
> Pete Hegseth's expansive security requirements tax Army protective unit
>
> With @TaraCopp @AlexHortonTX and others
> ...

7:45 AM · Aug 20, 2025 · **870.8K** Views

💬 353    🔁 969    ♥ 3.5K    🔖 42    ⬆

Read 353 replies