# EXHIBIT 4

← **Post**

**Deputy Press Sec Joel Valdez** ✔ 
@JoelValdezDOW

···

WaPo intentionally published sensitive details of @SecDef's security detail for him and his family - putting their safety at risk.

There should be severe punishment for what @TaraCopp, @DanLamothe , and @AlexHortonTX are doing.



> **Dan Lamothe** ✔ @DanLamothe · Aug 20, 2025
> Replying to @DanLamothe
> Pete Hegseth's expansive security requirements tax Army protective unit
>
> With @TaraCopp @AlexHortonTX and others
>
> ···

8:56 AM · Aug 20, 2025 · **320.4K** Views

💬 301          ⟲ 759          ♡ 1.9K          🔖 26          ⬆

💬 **Read 301 replies**