# EXHIBIT 6



WATCH LIVE: Hegseth holds briefing on Israel-Iran war

PBS NewsHour
5.16M subscribers

14K views  Streamed 7 months ago
Watch PBS News for daily, breaking and live news, plus special coverage. We are home to PBS News Hour, ranked the most credible and objective TV news show.
...more