# EXHIBIT 7

**Sean Parnell** ✓
@SeanParnellASW

FOR IMMEDIATE RELEASE:
4/20/25

STATEMENT:

Another day, another old story—back from the dead. The Trump-hating media continues to be obsessed with destroying anyone committed to President Trump's agenda. This time, the New York Times — and all other Fake News that repeat their garbage — are enthusiastically taking the grievances of disgruntled former employees as the sole sources for their article. They relied only on the words of people who were fired this week and appear to have a motive to sabotage the Secretary and the President's agenda.

There was no classified information in any Signal chat, no matter how many ways they try to write the story. What is true is that the Office of the Secretary of Defense is continuing to become stronger and more efficient in executing President Trump's agenda.

We've already achieved so much for the American warfighter, and will never back down.

Rate proposed Community Notes →

9:54 PM · Apr 20, 2025 · **1.7M** Views

💬 1.3K        🔁 4.8K        ♡ 16K        🔖 414        ⤴