UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NEW YORK TIMES COMPANY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE A/K/A/ DEPARTMENT OF WAR, et al.,<br><br>Defendants. | Civil Action No. 25-04218 (PLF) |

ORDER

The Court has scheduled oral argument to address the parties' cross-motions for summary judgment on March 6, 2026 at 10:00 a.m. in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse at 333 Constitution Avenue N.W., Washington, D.C. 20001. In preparation for the argument, it is hereby

ORDERED that the parties are directed to meet and confer regarding the order of argument and proposed time limits for argument and rebuttal, including any time to be allocated for argument by amici curiae. The parties shall file a joint report advising the Court of their proposed hearing schedule on or before March 4, 2026.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 2/23/26