IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NEW YORK TIMES COMPANY, *et al.*,<br><br>                              *Plaintiffs*,<br><br>      v.<br><br>DEPARTMENT OF DEFENSE A/K/A DEPARTMENT OF WAR, *et al.*,<br><br>                              *Defendants*. | Civil Case No. 25-cv-4218<br><br>**JOINT REPORT RE: MARCH 6, 2026 HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

Pursuant to the Court's Order dated February 23, 2026 (ECF No. 26), Plaintiffs The New York Times Company and Julian E. Barnes ("Plaintiffs"), and Defendants Department of Defense a/k/a Department of War, Pete Hegseth, in his official capacity as Secretary of Defense, and Sean Parnell, in his official capacity as Chief Pentagon Spokesman ("Defendants") (together the "Parties") have met and conferred and hereby respectfully submit the following proposal for the March 6, 2026 hearing on the Parties' cross-motions for summary judgment:

1.  The Parties respectfully propose that each side be limited to one-hour of argument inclusive of rebuttal. Counsel for the Parties will identify for the Court at the outset of the hearing the amount of time each side intends to reserve for rebuttal.

2.  Counsel for amicus the Pentagon Press Association (the "PPA") will present argument on its behalf. The PPA's argument time shall be ceded by Plaintiffs from their total argument time.

3.  The Parties propose that the order of argument be as follows, consistent with the order of briefing on the Parties' cross-motions for summary judgment:

- Argument by Plaintiffs;

- Argument by the Pentagon Press Association;

1

- Argument by Defendants;

- Plaintiffs' rebuttal;

- Defendants' rebuttal.

WHEREFORE, the Parties respectfully request that the March 6, 2026 hearing proceed as outlined above.

| | |
|---|---|
| March 3, 2026 | Respectfully submitted, |
| | |
| | */s/ Theodore J. Boutrous, Jr.* |
| | Theodore J. Boutrous, Jr. |
| | (D.D.C. Bar No. 420440) |
| | Katie Townsend (D.D.C. Bar No. 1026115) |
| | Gibson, Dunn & Crutcher LLP |
| | 333 South Grand Avenue |
| | Los Angeles, CA 90071-3197 |
| | (213) 229-7000 |
| | TBoutrous@gibsondunn.com |
| | KTownsend@gibsondunn.com |
| | |
| | Gibson, Dunn & Crutcher LLP |
| | Lee R. Crain (D.D.C Bar No. NY0337) |
| | Gibson, Dunn & Crutcher LLP |
| | 200 Park Avenue |
| | New York, NY 10166-0193 |
| | (212) 351-4000 |
| | LCrain@gibsondunn.com |
| | |
| | Susan Pelletier* |
| | Gibson, Dunn & Crutcher LLP |
| | 1700 M Street, N.W. |
| | Washington, DC 20036-4504 |
| | (202) 955-8500 |
| | SPelletier@gibsondunn.com |
| | *Pro hac vice* |
| | |
| | *Counsel for Plaintiffs* |

BRETT A. SHUMATE
Assistant Attorney General Civil Division

SARAH E. WELCH
Counsel to the Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Michael Bruns*
MICHAEL BRUNS (DC Bar No. 1613394)
U.S. Department of Justice

3

        Civil Division, Federal Programs Branch  
        1100 L Street, NW  
        Washington, DC 20005  
        Phone: 202-514-4011  
        Fax: 202-616-8460  
        Email: michael.bruns@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

     I hereby certify that on March 3, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system, which will serve a copy of the same on the counsel of record.

Respectfully submitted,

*/s/ Theodore J. Boutrous, Jr.*