## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THE NEW YORK TIMES COMPANY, *et al.*

*Plaintiffs*,

v.

DEPARTMENT OF DEFENSE A/K/A
DEPARTMENT OF WAR,
*et al.*,

*Defendants*.

Civil Case No. 25-cv-04218 (PLF)

### SECOND SUPPLEMENTAL DECLARATION OF THEODORE J. BOUTROUS, JR.

I, Theodore J. Boutrous, Jr., hereby declare as follows:

1.      I am over the age of 18 and make this declaration based upon my personal knowledge and experience.  If called to do so, I could and would competently testify to these matters under oath.

2.      I am a member of the bar of this Court and a partner in the Los Angeles office of Gibson, Dunn & Crutcher LLP ("Gibson Dunn").  I represent Plaintiffs The New York Times Company ("The Times") and Julian E. Barnes in the above-captioned case.  I make this declaration in support of Plaintiffs' Motion to Compel Compliance with the Court's Order.

3.      Attached as Exhibit 1 is a true and correct copy of a Memorandum for Senior Pentagon Leadership regarding the Implementation of a Revised Media In-Brief that was sent to Plaintiffs' counsel via email by Cmdr. Timothy Parlatore on March 23, 2026.

4.      Attached as Exhibit 2 is a true and correct copy of a redline prepared by counsel for The Times of Exhibit 1 against the Policy that was the subject of this Court's March 20, 2026 Opinion and Order, AR 1–16.

1

5.      Attached as Exhibit 3 is a true and correct copy of a letter from David Schulz, counsel to the Pentagon Press Association, to Defendants' counsel Michael Bruns of the United States Department of Justice dated March 20, 2026, which Mr. Schulz also sent to me.

6.      Attached as Exhibit 4 is a true and correct copy of a letter sent by The New York Times to Mr. Bruns, on March 21, 2026.

7.      Attached as Exhibit 5 is an email exchange between Cmdr. Parlatore, David McCraw of The New York Times, and myself, with the subject line "New PFACs for Times Journalists," dated March 23, 2026.

8.      Attached as Exhibit 6 is an article written by Erik Wemple titled *Pentagon Adopts New Limits for Journalists After Court Loss*, that was published in The New York Times on March 23, 2026, and is available at https://www.nytimes.com/2026/03/23/business/media/pentagon-closes-journalists-work-area.html.

9.      Attached as Exhibit 7 is a true and correct copy of a screenshot of a post on the social media platform X.com by United States Assistant to the Secretary of Defense for Public Affairs Sean Parnell, @SeanParnellUSA, which was posted on March 23, 2026 at 5:43 P.M., and is available at https://x.com/SeanParnellASW/status/2036197221121794508.

10.      Attached as Exhibit 8 is a true and correct copy of an email exchange between me and Cmdr. Timothy Parlatore on March 23 and 24, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of March 2026 in Los Angeles, California.

_____

Theodore J. Boutrous, Jr.

2