# EXHIBIT 3



ABRAMS INSTITUTE FOR FREEDOM OF EXPRESSION

# Yale Law School

March 20, 2026

**VIA EMAIL** <span style="background:black">           </span>
Michael Bruns
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005

> **Re:** **Reinstating Pentagon Facility Alternate Credentials Pursuant to Order Granting Summary Judgment in *New York Times Company v. Department of Defense*, No.1:25-cv-04218 (D.D.C. Mar. 20, 2026, ECF 35**

Dear Mr. Bruns,

We represent *amici* Pentagon Press Association (PPA)[1] in *New York Times Company v. Department of Defense*, No.1:25-cv-04218 (D.D.C.**).**  We write to request Defendants' assurance that the valid Pentagon Facility Alternate Credentials (PFACs) they revoked on October 15, 2025 will immediately be returned pursuant to the district court's order vacating the provisions of the Defense Department's "Media In-Brief" policy (Policy) pursuant to which these PFACs were revoked. Compliance with the vacatur order requires return of access credentials.

The district court's order vacating the new provisions of the Policy returns the regulatory landscape to the status quo ante. *See* 5 U.S.C. § 706(2) ("The reviewing court shall . . . hold unlawful and *set aside* agency action."  It "re-establish[es] the status quo" as it existed "absent the unlawful agency action." *Las Ams. Immigrant Advoc. Ctr. v. U.S. Dep't of Homeland Sec.*, 783 F. Supp. 3d 200, 233 (D.D.C. 2025). *See also Marin Audubon Soc'y v. Fed. Aviation Admin.*, 129 F.4th 869, 871-72 (D.C. Cir. 2025) (recognizing that vacatur has "practical effects on petitioners, the agencies, and third parties" because the regulation is nullified universally pursuant to the APA). To restore the regulatory landscape on October 15, 2025 in compliance with the vacatur order, the Department must return and honor all PFACs unlawfully revoked under the vacated policy.

---

[1] Pentagon Press Association, Membership, https://pentagonpressassociation.wordpress.com/membership/ (last visited Mar. 4, 2026).



ABRAMS INSTITUTE FOR FREEDOM OF EXPRESSION

# Yale Law School

As the district court's order makes clear, our clients and the public face ongoing, irreparable harm so long as the experienced military reporters of the PPA are excluded from the Pentagon while active combat operations are being conducted in multiple arenas. The revocation of their PFACs has prevented the journalists—including many experts on military affairs who have covered the Defense Department for decades—from access to officials with timely information vitally needed by the American public. The district court order requires the Department to remedy this situation; the daily drumbeat of war requires immediate compliance.

Please notify us immediately when and how the Department will return the revoked PFACs and restore the access it revoked on October 15, 2026.

Very truly yours, ,

David Schulz

YALE LAW SCHOOL
ABRAMS INSTITUTE
MEDIA FREEDOM & INFORMATION ACCESS CLINIC

Tel:

*Counsel for the Pentagon Press Association*

cc:    Theodore Boutrous, Esq.
       Katie Toensend, Esq.