# EXHIBIT 4



The New York Times
Company

David E. McCraw
Senior Vice President
& Deputy General Counsel



nytimes.com

March 21, 2026

**VIA EMAIL**

Michael Bruns, Esq.
Trial Attorney
U.S. Dept. of Justice
Civil Division – Federal Programs
1100 L Street N.W.
Washington, DC 20005

Re:    Reinstatement of Pentagon Credentials

Dear Mr. Bruns:

I write on behalf of The New York Times Company and its seven journalists who are the subjects of yesterday's Order (Dkt. No. 35) in *The New York Times Company v. Department of Defense*, 25-cv-04218 (D.D.C. Mar. 20, 2026). Please advise me how they will obtain their Pentagon Facility Alternate Credentials ("PFACs") on Monday, as required by the Court.

As you know, the Court's Order states that your clients "shall immediately reinstate the PFACs of [Julian] Barnes and the following journalists with The New York Times, all of whom held a PFAC as of October 6, 2025: Eric Schmitt, Helene Cooper, Greg Jaffe, John Ismay, Carol Rosenberg, and W.J. Hennigan."

I can be reached at ███████ if you need to confer about implementation of the Court's order.

1

Thank you for your assistance with this matter.

Sincerely,

*David McCraw*

David E. McCraw

cc: Commander Timothy Parlatore
    Ted Boutrous, Esq.
    Katie Townsend, Esq.

2