# EXHIBIT 5

**From:** "Parlatore, Timothy C CDR USN OSW SECWAR (USA)" ████████████████████
**Date:** Monday, March 23, 2026 at 1:15 PM
**To:** David McCraw ████████████████
**Cc:** Theodore Boutrous ████████████████████████████████, "michael.bruns ████████████
████████████████ Katie Townsend^ ████████████████████
**Subject:** Re: [Non-DoD Source] Re: New PFACs for Times Journalists

**This Message Is From an External Sender**
This message came from outside your organization.

Everything is set. Please see attached revised policy, in accordance with the Court's decision. To schedule pickup, the journalists may contact:

MAJ Andrea L. Kelly
PPO Operations Officer
Office: ████████████
Cell: ████████
████████████

Get Outlook for iOS

**From:** Parlatore, Timothy C CDR USN OSW SECWAR (USA) ████████████████████████
**Sent:** Monday, March 23, 2026 3:55:53 PM
**To:** David McCraw ████████████████
**Cc:** Boutrous Jr., Theodore J. ████████████████████████; michael.bruns ████████████████████
Townsend, Katie ████████
**Subject:** Re: [Non-DoD Source] Re: New PFACs for Times Journalists

We're still working on it. The PFAC applications are processed. PFPA is finalizing their way ahead for issuance. We are awaiting confirmation on what time they'll be able to put things into place to properly receive the journalists.

Get Outlook for iOS

**From:** David McCraw ████████████████████
**Sent:** Monday, March 23, 2026 2:05:30 PM
**To:** Parlatore, Timothy C CDR USN OSW SECWAR (USA) ████████████████████████
**Cc:** Boutrous Jr., Theodore J. ████████████████████████; michael.bruns ████████████████
Townsend, Katie ████████████████
**Subject:** [Non-DoD Source] Re: New PFACs for Times Journalists

You don't often get email from ████████████████. Learn why this is important
Commander:

1

Could you update us on what The Times reporters should do this afternoon to obtain their PFACs?

Regards,

David


David E. McCraw
Senior Vice President & Deputy General Counsel
The New York Times Company
620 Eighth Avenue
New York, New York 10018
Phone: ▮▮▮▮▮▮▮


On Sun, Mar 22, 2026 at 8:25 PM David McCraw ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

Commander,

Thank you for the update.

David




David E. McCraw
Senior Vice President & Deputy General Counsel
The New York Times Company
620 Eighth Avenue
New York, New York 10018
Phone: ▮▮▮▮▮▮


On Sun, Mar 22, 2026 at 7:05 PM Parlatore, Timothy C CDR USN OSW SECWAR (USA) ▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

We will be able to get you more information mid morning tomorrow. The issuance involves a few different offices, some of which were closed over the weekend. The team will be coordinating everything in the morning and we will let you know once it is set. Plan is to get them issued sometime in the afternoon.

CDR Parlatore

Get Outlook for iOS

**From:** Boutrous Jr., Theodore J. ███████████████████████
**Sent:** Sunday, March 22, 2026 1:26:26 PM
**To:** Parlatore, Timothy C CDR USN OSW SECWAR (USA) ████████████████ ; michael.bruns███ ████
████████████████████
**Cc:** Townsend, Katie ████████████████████ ; David McCraw ████████████
**Subject:** [Non-DoD Source] RE: New PFACs for Times Journalists

You don't often get email from ████████████████    Learn why this is important

Following up on Mr. McCraw's letter, please note that Judge Friedman's March 20 order and injunction require that Defendants reinstate the PFACs of Mr. Barnes and the other six Times journalists "immediately." Accordingly, please confirm immediately that their PFACs have already been reinstated and that they can now access the Pentagon campus and briefing room and also can retrieve their physical passes.

**Theodore J. Boutrous Jr.**
Partner

T: ████████████ | M: ████████████
████████████████

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

**From:** David McCraw ████████████████
**Sent:** Saturday, March 21, 2026 10:56 AM
**To:** Timothy Parlatore, Esq. ████████████████████████
**Cc:** michael.bruns████████    Boutrous Jr., Theodore J. ████████████████    Townsend, Katie
████████████████ ; Parlatore, Timothy C CDR USN OSW SECWAR (USA)
**Subject:** Re: New PFACs for Times Journalists

Thanks. I will do so.

David E. McCraw
Senior Vice President & Deputy General Counsel
The New York Times Company
620 Eighth Avenue
New York, New York 10018
Phone: ███████████

On Sat, Mar 21, 2026 at 12:34 PM Timothy Parlatore, Esq.
███████████████████████████████████ wrote:

Thank you. For purposes of this case, please use my DoW email, which I have added as a CC.



**Timothy Parlatore**
Managing Partner

Direct: ███████████
Licensed to Practice by the States of NY and NJ
U.S. District Courts in NY, NJ, CT, PA, TX, and the District of Columbia

**CONFIDENTIAL NOTICE:** This email (including any attachments) may contain confidential and/or legally privileged information protected under applicable laws, including the Electronic Communications Privacy Act (18 U.S.C. §§ 2510–2521). It is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any review, retention, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately by reply email and then delete it from your system. Thank you for your cooperation.

**From:** David McCraw ███████████████
**Sent:** Saturday, March 21, 2026 12:04:26 PM
**To:** michael.bruns█ ████████████████████
**Cc:** Ted Boutrous ███████████████████████; Townsend, Katie ████████████████████████; Timothy Parlatore, Esq. ██████████████████████
**Subject:** New PFACs for Times Journalists

Dear Mr. Bruns:

Please see the attached letter from The New York Times. I have also copied Commander Parlatore (although, with apologies, I have sent it to his firm address because I don't have his DOD contact information).

Yours,

David E. McCraw
Senior Vice President & Deputy General Counsel
The New York Times Company
620 Eighth Avenue
New York, New York 10018
Phone: ███████████

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

5