# EXHIBIT 7



## Post

**Sean Parnell** ✔ ☐
@SeanParnellASW ...

On March 20, 2026, a U.S. District Court judge vacated key security provisions of the Pentagon's October 2025 media access policy. The court removed every provision that allowed the Department to screen press credential holders for security risks and every provision that allowed the Department to deny, revoke, or suspend a press credential based on security considerations — while simultaneously ordering the Department to immediately reinstate press credentials for the New York Times.

The Department always complies with court orders but disagrees with the decision and is pursuing an appeal. In the interim, and in compliance with the court's order, I have signed the revised "Pentagon Reservation In-Brief for Media Members," effective immediately.

Here is what the revised policy does:

Closure of Correspondents' Corridor. In assessing the Department's security posture following the court's removal of all security screening authority, the Department determined that unescorted access to the Pentagon cannot be responsibly maintained without the ability to screen credential holders for security risks. Effective immediately, the Correspondents' Corridor is closed. A new and improved press workspace will be established in an annex facility outside the Pentagon, but still on Pentagon grounds, and will be available when ready.

Escorted Access Only. All journalist access to the Pentagon will require escort by authorized Department personnel. Credential holders will continue to have access to the Pentagon for scheduled press briefings, press conferences, and interviews arranged through public affairs offices.

The Department remains committed to transparency and to working with credentialed journalists who cover the Department and the U.S. military. The Department is equally committed to the security of the Pentagon and the protection of the men and women who work there. The revised policy reflects both commitments.

5:43 PM · Mar 23, 2026 · **514.3K** Views

💬 391    🔁 869    ♡ 3.5K    🔖 140    ⬆️

💬 **Read 391 replies**



### New to X?

Sign up now to get your own pers

G Sign up with G

 Sign up with A

Create accou

By signing up, you agree to the Te
Privacy Policy, including Cookie U

### What's happening

Sports · Trending
**Egyptian King**

Sports · Trending
**Kevin McGonigle**

Legal drama · Trending
**Tyler Robinson**

Trending in United States
**Josh Hammer**

Show more

Terms of Service  |  Privacy Policy  |
Accessibility  |  Ads info  |  More ···

Don't miss what's happening
People on X are the first to know.

Log in    S