# EXHIBIT 8

**Tuesday, March 24, 2026 at 2:34:27 PM Pacific Daylight Time**

**Subject:** RE: [Non-DoD Source] Re: New PFACs for Times Journalists
**Date:** Tuesday, March 24, 2026 at 2:34:11 PM Pacific Daylight Time
**From:** Boutrous Jr., Theodore J.
**To:** Parlatore, Timothy C CDR USN OSW SECWAR (USA)
**CC:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Townsend, Katie, David McCraw, Pelletier, Susan M.
**Category:** Green Book - Attorney

Thank you for the update and for the offer of a call, but we do not understand what purpose a call would serve. As you know, the Court vacated specific provisions of the Policy that it found violated the First and Fifth Amendment rights of Plaintiffs; it expressly rejected your argument that remand was appropriate so that you could "clarify" those unconstitutional provisions, and it rejected your contention that vacating those provisions and returning to the status quo ante would somehow jeopardize "safety" or "security" at the Pentagon. Notwithstanding the Court's ruling, and citing those same rejected rationales, you have issued an interim, revised policy that, among other things, simply repackages the unlawful "solicitation" provision that the Court vacated. That the Department has elected to go even further to try to thwart the effect of the Court's ruling - by shutting down all unescorted access to the Pentagon during the pendency of your anticipated appeal - makes it quite clear that the Department is attempting to circumvent the Court's Order.

**Theodore J. Boutrous Jr.**
Partner

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

**From:** Parlatore, Timothy C CDR USN OSW SECWAR (USA) <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Sent:** Tuesday, March 24, 2026 12:28 PM
**To:** Boutrous Jr., Theodore J. <▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Cc:** ▮▮▮▮▮▮▮▮▮▮▮ Townsend, Katie ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>; David McCraw
<▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Subject:** Re: [Non-DoD Source] Re: New PFACs for Times Journalists

**This Message Is From an External Sender**
This message came from outside your organization.

I just got confirmation the 5 PFACs have been picked up by NYT journalists.

Get Outlook for iOS



**From:** Parlatore, Timothy C CDR USN OSW SECWAR (USA) < ████████████████ >
**Sent:** Tuesday, March 24, 2026 3:12:38 PM
**To:** Boutrous Jr., Theodore J. < ████████████████ >
**Cc:** ████████████████ >; Townsend, Katie
<K██████████████ >; David McCraw < █████████████ >
**Subject:** Re: [Non-DoD Source] Re: New PFACs for Times Journalists

Also, would be happy to jump on a call to discuss, if that is easier.  Let me know.

Get Outlook for iOS



**From:** Parlatore, Timothy C CDR USN OSW SECWAR (USA) < ████████████████ >
**Sent:** Tuesday, March 24, 2026 3:07:07 PM
**To:** Boutrous Jr., Theodore J. ████████████████
**Cc:** ████████████ v ████████ >; Townsend, Katie
< ████████████ >; David McCraw < █████████ >
**Subject:** Re: [Non-DoD Source] Re: New PFACs for Times Journalists

Could you please identify how you think it violates the Court Order? Please let me know which sections of the policy you're referring to, as well as which provision of the order relate to each alleged violation so that I can review and consider your position. As to the PFACs, My understanding is that they have been issued and if your reporters have not yet picked them up, they were supposed to make an appointment for earlier today to do so.

Get Outlook for iOS



**From:** Boutrous Jr., Theodore J. ████████████████ >
**Sent:** Tuesday, March 24, 2026 3:02 PM
**To:** Parlatore, Timothy C CDR USN OSW SECWAR (USA) < ████████████████ >
**Cc:** ████████████ < ████████████ >; Townsend, Katie
████████████ >; David McCraw < ████████████ >
**Subject:** RE: [Non-DoD Source] Re: New PFACs for Times Journalists

We believe the interim policy violates the Court's order and opinion and will be seeking relief from Judge Friedman. Please let us know the Department's position on our forthcoming motion to compel

compliance with the court's order. In the meantime, our reporters are seeking reinstatement of their PFACs. We reserve all rights.

**Theodore J. Boutrous Jr.**
Partner

███████████████████████

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

---

**From:** Parlatore, Timothy C CDR USN OSW SECWAR (USA) <████████████████████>
**Sent:** Monday, March 23, 2026 1:12 PM
**To:** David McCraw <████████████>
**Cc:** Boutrous Jr., Theodore J. <███████████████████ Townsend, Katie <████████████>
**Subject:** Re: [Non-DoD Source] Re: New PFACs for Times Journalists

Everything is set. Please see attached revised policy, in accordance with the Court's decision. To schedule pickup, the journalists may contact:

MAJ Andrea L. Kelly
PPO Operations Officer

████████████████████

Get Outlook for iOS

---

**From:** Parlatore, Timothy C CDR USN OSW SECWAR (USA) <████████████████████>
**Sent:** Monday, March 23, 2026 3:55:53 PM
**To:** David McCraw <████████████>
**Cc:** Boutrous Jr., Theodore J. <████████████████; ████████████>; Townsend, Katie <████████████>
**Subject:** Re: [Non-DoD Source] Re: New PFACs for Times Journalists

We're still working on it. The PFAC applications are processed. PFPA is finalizing their way ahead for issuance. We are awaiting confirmation on what time they'll be able to put things into place to properly receive the journalists.

Get Outlook for iOS

---

**From:** David McCraw <█████████████████>
**Sent:** Monday, March 23, 2026 2:05:30 PM
**To:** Parlatore, Timothy C CDR USN OSW SECWAR (USA) <████████████████████████>
**Cc:** Boutrous Jr., Theodore J. <█████████████████████>;
████████████████████████████████████████; Townsend, Katie
<█████████████████████>
**Subject:** [Non-DoD Source] Re: New PFACs for Times Journalists