**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

THE NEW YORK TIMES COMPANY, *et al.*,

        Plaintiffs,

        v.

DEPARTMENT OF DEFENSE a/k/a/
DEPARTMENT OF WAR, *et al.*,

        Defendants.

Civil Action No. 1:25-cv-04218-PLF

**MOTION OF PENTAGON PRESS ASSOCIATION FOR
LEAVE TO FILE *AMICUS CURIAE* BRIEF IN
<u>SUPPORT OF PLAINTIFFS' MOTION TO COMPEL COMPLIANCE</u>**

Pursuant to LCvR 7(o), the Pentagon Press Association (PPA) respectfully moves, through undersigned counsel, for leave to file a brief as *amicus curiae* in support of Plaintiffs' motion to compel compliance with the Court's March 20, 2026 Order. (ECF 37.) The proposed *amicus curiae* brief is attached hereto as Exhibit 1, and a proposed order is attached as Exhibit 2. In support of this motion *amicus* further states:

1. This Court previously permitted the PPA to submit an amicus brief in support of Plaintiffs' motion for summary judgment. It also permitted PPA counsel to participate in oral argument on that motion.

2. The PPA submits the attached brief in support of the motion to compel compliance to underscore the Defense Department's refusal to accept and implement the Court's vacatur of the new restrictions it imposed on newsgathering at the Pentagon and to underscore the ongoing, irreparable First Amendment injury this noncompliance is inflicting on PPA's members.

3. Pursuant to LCvR 7(m), all parties have consented to the filing of this amicus brief.

1

4.      No party or its counsel had any role in authoring this brief. No person or entity—

other than *amicus* and its counsel—contributed money to fund the preparation of this brief.

For all the foregoing reasons, proposed *amicus curiae* Pentagon Press Association

respectfully requests that the Court grant its motion for leave to file a brief as *amicus curiae*.

Dated: March 25, 2026                              Respectfully submitted,

                                         /s/ David A. Schulz
                                        David A. Schulz (#459197)
                                        John Langford
                                        MEDIA FREEDOM & INFORMATION
                                            ACCESS CLINIC
                                        ABRAMS INSTITUTE
                                        YALE LAW SCHOOL[1]
                                        127 Wall Street
                                        New Haven, CT 06520
                                        (212) 850-6103
                                        david.schulzd@yale.edu

                                        *Counsel for Amicus Curiae Pentagon
                                        Press Association*

---

[1] Yale Law Students Rick Da, Stephanie Lai, Taylor Maas and Tony Sjodin contributed significantly to the drafting of this brief. The views expressed in this brief do not purport to represent the institutional views of Yale Law School, if any.