**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

THE NEW YORK TIMES COMPANY, *et al.*,

          Plaintiffs,

     v.

DEPARTMENT OF DEFENSE a/k/a/ DEPARTMENT OF WAR, *et al.*,

          Defendants.

Civil Action No. 1:25-cv-04218-PLF

**[PROPOSED] ORDER**

Upon consideration of the motion of the Pentagon Press Association for leave to file an *amicus curiae* brief in support of Plaintiffs' motion to compel compliance and such matters as are just and proper, it is hereby

ORDERED that the aforementioned Motion is GRANTED; and it is further

ORDERED that the *Amicus Curiae* Brief attached as Exhibit 1 to the Motion are deemed filed with this Court upon entry of this Order.

Entered this _____ day of _____, 2026

 

_____
Honorable Paul L. Friedman
United States District Judge