**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE NEW YORK TIMES COMPANY, et al.,<br><br> *Plaintiffs*,<br><br>     v.<br><br> UNITED STATES DEPARTMENT OF DEFENSE, et al.,<br><br> *Defendants*. | Civil Action No. 1:25-cv-04218-DLF |

## DECLARATION OF MICHAEL BRUNS

I, Michael Bruns, hereby declare as follows:

1. I am over the age of 18 and make this declaration based upon my personal knowledge and experience. If called to do so, I could and would competently testify to these matters under oath.

2. I am a member of the bar of this Court and a trial attorney at the United States Department of Justice, Federal Programs Branch. I represent Defendants in the above-captioned case. I make this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Compel Compliance with the Court's Order.

3. Attached as Exhibit A is a true and correct copy of an email exchange between Theodore J. Boutrous, Jr. and Cmdr. Timothy Parlatore on March 23 and 24, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of March 2026 in Washington. D.C.

1

2

_____
Michael Bruns