**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| THE NEW YORK TIMES COMPANY, et al., <br><br> *Plaintiffs*, <br><br>       v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE, et al., <br><br> *Defendants*. | Civil Action No. 1:25-cv-04218-DLF |

**DECLARATION OF JOEL MANUEL VALDEZ**

I, JOEL MANUEL VALDEZ, hereby declare as follows:

1. I am DEPUTY PRESS SECRETARY within the Office of the Assistant to the Secretary of War for Public Affairs (OATSW(PA)).  I make this declaration based upon my personal knowledge and upon my review of information available to me in my official capacity.

2. I have served as DEPUTY PRESS SECRETARY since 2025.  My official duties include advising the Chief Pentagon Spokesman Sean Parnell and Press Secretary Kingsley Wilson on strategic communication and prepare them for press engagements, including press briefings, television interviews, speeches, and multimedia content for social media. I also serve as the principal liaison between Pentagon Press Operations desk officers and the Press Secretary, drafting responses to political and sensitive press requests, statements, and releases.

3. The Department of War published its Revised Media Policy ("Interim Policy") on Monday, March 23, 2026.

4.  Following the court's order on March 20, 2026, the Department of War received requests from numerous journalists for PFACs. These journalists included those affiliated with The Associated Press, CNN, The Washington Post, The Wall Street Journal, USA Today, and CBS News. These outlets provided the required documentation (e.g., letters from their publications' editors) necessary to be issued a PFAC under the Interim Policy.  None of these requests have been withdrawn by the outlets since the issuance of the Interim Policy on Monday, March 23, 2026.  These journalists will be able to pick up their credentials beginning today.

***

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of March 2026.

*Joel Valdez*
_____
JOEL MANUEL VALDEZ