AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

|  |  |  |
|---|---|---|
| The New York Times Co., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:25-cv-4218 |
| U.S. Dep't of War | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all defendants                                                                                        .

Date:        03/27/2026                                              /s/ Sarah Welch
                                                                              *Attorney's signature*

                                                              Sarah Welch (Ohio Bar No. 99171)
                                                                        *Printed name and bar number*
                                                              U.S. Department of Justice
                                                              950 Pennsylvania Ave. NW
                                                              Washington, D.C. 20530

                                                              _____
                                                                                    *Address*

                                                              sarah.e.welch@usdoj.gov
                                                                              *E-mail address*

                                                              (202) 514-3180
                                                                          *Telephone number*

                                                              _____
                                                                              *FAX number*