## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THE NEW YORK TIMES COMPANY, *et al.*

          *Plaintiffs,*

v.

DEPARTMENT OF DEFENSE A/K/A
DEPARTMENT OF WAR,
*et al.,*

          *Defendants.*

Civil Case No. 25-cv-04218 (PLF)

### SECOND SUPPLEMENTAL DECLARATION OF JULIAN E. BARNES

I, Julian E. Barnes, hereby declare as follows:

1.     I am over the age of 18 and make this declaration based upon my personal knowledge and experience. If called to do so, I could and would competently testify to these matters under oath.

2.     I am a plaintiff in the above-captioned case. I make this declaration in support of Plaintiffs' Motion to Compel Compliance with the Court's Order granting Plaintiffs' Motion for Summary Judgment, and to provide a clarification regarding Paragraphs 6 and 7 of my Supplemental Declaration filed on March 30, 2026. The clarifying language is bolded and underlined in the following paragraphs.

3.     On Monday, March 23, I received an email from the Pentagon saying I could pick up my PFAC **on Tuesday, March 24,** between 6:00 am and 6:00 pm Eastern time from the Pentagon Press Office. When I arrived at 8:00 am **on Tuesday, March 24**, a Pentagon public affairs officer told me that despite the email I received they could not give me a pass. Instead, there was a set time between noon and 3:00 pm that the badge office would issue New York Times reporters new PFACs. The public affairs officer told me this information was supposed to have

1

been included in another email but had inadvertently been omitted.  I left and returned to the Pentagon visitor center at 1:00 pm.  I was escorted to the badge office where four other New York Times reporters were waiting to retrieve their reinstated PFACs.  That same afternoon, I was notified by a **public affairs officer** that the Department of Defense ("Department") had issued a revised "interim" policy (the "Interim Policy") governing PFACs and reporters' access to the Pentagon.  When I arrived at the Pentagon visitor center I was handed a copy of the Interim Policy.

4.    After my colleagues and I arrived at the badge office, we were given PFACs by Press Office staff. The new PFACs were different from the ones we had previously held. The Pentagon Press Office staff explained that, pursuant to the Interim Policy, the cards they were issuing to us would no longer give us access to the Pentagon: While our previous PFACs, once scanned, had enabled us to enter through the turnstiles at the Pentagon entrance, we were told that the new PFACs that were issued to us **on March 24, 2026** did not.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of March 2026 in Washington, D.C.

Julian E. Barnes

2