# Exhibit A





# Pentagon Circulator Service Update
# Effective Monday, August 3, 2020

**ADDITIONAL ROUTE**

**CURRENT ROUTE**

**10S** 🔵 — Pentagon Circulator SOUTH    **10N** ⚫ — Pentagon Circulator NORTH

| | |
|---|---|
| Service Span:  6:05AM to 5:55PM | **NO Service Change (Name Change Only)** |
| Frequency:  Every 10 minutes | Service Span:  6:00AM to 5:50PM |
| Three (3) stops along Pentagon South Parking Lots | Frequency:  Every 10 minutes |
| - Pentagon Transit Center (PTC) U8 | Same stops at Pentagon Transit Center (PTC) U8 and along Connector Parking Lot and North Parking Lot |
| - ART Bus Stop on Army Navy Drive (Bus Stop ID 42202 between Eads St & Fern St) | |
| - Hayes Street Lot (by the Pedestrian Tunnel) | Last pick-up at the PTC U8 at 5:50PM |
| Last pick-up at the PTC U8 at 5:55PM | Shuttle ends at the PTC U8 at 6:00PM |
| Shuttle ends at the Hayes Street Lot at 6:04PM | |

## PENTAGON CIRCULATOR SOUTH 10S 🔵



**Fern Street**
(pickup at ART bus stop on Army Navy Drive near entrance to Fern St Lot) ①

**Hayes Street Lot**
(pickup at curb near I-395 pedestrian tunnel) ②

**SERVICE SPAN: 6:05AM TO 5:55PM**
FINAL PICKUP FROM U8 OCCURS DAILY AT 5:55PM

FREQUENCY: EVERY 10 MINUTES

CAC REQUIRED AT ALL TIMES TO RIDE DOD SHUTTLE

ART BUS STOP ID: 42202

Pentagon Transit Center

S WASHINGTON BLVD

SOUTH PARKING

FERN ST

I-395

S. EADS ST

U8

Hayes Street Lot

② Fern Street Lot

DoD Shuttle Pickup at ART Bus Stop ID: 42202 ①

ARMY NAVY DRIVE

Eads Street Lot

NOTE: MAP MAY NOT BE DRAWN TO SCALE

## PENTAGON CIRCULATOR NORTH 10N ⚫

Connector Road ①

North Parking North Village ②

North Parking West Side ③

Mid North Parking ④

Pentagon Library & Conference Center ⑤

**SERVICE SPAN: 6:00AM TO 5:50PM**
FREQUENCY: EVERY 10 MINUTES

CAC REQUIRED AT ALL TIMES TO RIDE DOD SHUTTLE

North Parking North Village

② ③ North Parking West Side

North Parking Mid North ④

⑤ Pentagon Library and Conference Center

BOUNDARY CHANNEL DRIVE

S WASHINGTON BLVD

Connector Road Lot ①

Pentagon Transit Center

U8

SOUTH PARKING

NOTE: MAP MAY NOT BE DRAWN TO SCALE

**Common Access Card (CAC) required to ride DoD Shuttles.**

 **(571) 372-7124**

 **whs.pentagon.fsd.mbx.dod-shuttle-bus@mail.mil**

 **@WHSTransportation**

 **@WHS_Transport**