**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

THE NEW YORK TIMES COMPANY, et al.,

 *Plaintiffs*,

        v.

UNITED STATES DEPARTMENT
OF DEFENSE, et al.,

 *Defendants*.

Civil Action No. 1:25-cv-04218-PLF

**[PROPOSED] ORDER**

Having considered Plaintiffs' motion to compel compliance with the Court's order, Defendants' opposition, and the entire record herein, IT IS HEREBY ORDERED:

Plaintiffs' motion is DENIED;

If Plaintiffs wish to amend or supplement their complaint, or otherwise file a new operative complaint, the parties shall confer regarding a proposed timeline for Plaintiffs to do so; and

The parties shall file a joint status report regarding the proposed timeline no later than two weeks from the date of this order.

SO ORDERED.

DATED: _____    _____
                                      Hon. Paul L. Friedman
                                      United States District Judge