**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

THE NEW YORK TIMES COMPANY, et al.,

  *Plaintiffs*,

          v.

UNITED STATES DEPARTMENT
OF DEFENSE, et al.,

  *Defendants*.

Civil Action No. 1:25-cv-04218-PLF

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that all Defendants hereby appeal to the United States Court of Appeals for the District of Columbia from this Court's March 20, 2026, Order on Plaintiffs' Motion for Summary Judgment (ECF No. 34) and this Court's April 9, 2026, Order on Plaintiffs' Motion to Compel Compliance (ECF 54).

DATED: April 10, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

SARAH WELCH
Counsel to the Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ Michael Bruns*
MICHAEL BRUNS
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
michael.bruns@usdoj.gov

1

*Counsel for Defendants*