UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THE NEW YORK TIMES COMPANY, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 25-04218 (PLF) |
| DEPARTMENT OF DEFENSE, et al. | ) ) ) | |
| Defendants. | ) ) ) | |

ORDER

This matter is before the Court on defendants' Motion to Stay Pending Appeal [Dkt. No. 58].  Defendants ask the Court to stay its Orders of March 20, 2026 [Dkt. No. 34] and April 9, 2026 [Dkt. No. 54] to the extent that those Orders vacate and enjoin the enforcement of the Department of Defense's physical access restrictions for the Pentagon—namely, the escort requirement and closure of the Correspondents' Corridor.  In the alternative, defendants request a fourteen-day administrative stay of those Orders to the same extent to allow for orderly briefing on defendants' forthcoming stay motion in the U.S. Court of Appeals for the D.C. Circuit.  Upon careful consideration, it is hereby

2

ORDERED that defendants' Motion to Stay Pending Appeal [Dkt. No. 58] is GRANTED in part and DENIED in part.  Defendants' request for a fourteen-day administrative stay is GRANTED, and the motion is otherwise DENIED.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  April 13, 2026

2